**ORIGINAL**

IBRAHIMA MBODJI[1]
A98-807-641
ICE El Centro Detention Center
1115 N. Imperial Ave
El Centro, CA 92243

FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIMA MBODJI,<br>[A98-807-641]<br><br>Petitioner,<br><br>V.<br><br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, MICHAEL MUKASEY, ATTORNEY GENERAL, ROBIN BAKER, DIRECTOR OF SAN DIEGO FIELD OFFICE, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, ROBERT RILLAMAS, OFFICER-IN-CHARGE,<br><br>Respondents. | Civil Action No.<br>**'08 CV 0517 JLS NLS**<br><br>NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF COUNSEL |

TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that the Petitioner, Ibrahima Mbodji, will ask this Court to enter an order granting the motion listed below.

/ / /

/ / /

_____

[1] The petitioner is filing the instant request for appointment of counsel with the assistance of James Fife and the Federal Defenders of San Diego, Inc., who drafted the instant motion.

1

1       The Petitioner, Ibrahima Mbodji, pursuant to the United States Constitution, 18 U.S.C. § 3006A, and all other applicable statutes, case law and local rules, hereby moves this Court for an order appointing him counsel to assist him in his efforts to seek relief from his detention through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

      This motion is based upon the instant notice of motion, the incorporated statement of facts and attached memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: 3-14-08

**IBRAHIMA MBODJI**
Petitioner