**ORIGINAL**

1  IBRAHIMA MBODJI[1]
   A98-807-641
2  ICE El Centro Detention Center
   1115 N. Imperial Ave.
3  El Centro, CA 92243



FILED
08 MAY -1 AM 9:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

NUNC PRO TUNC
APR 28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. JANIS L. SANMARTINO)

| | |
|---|---|
| IBRAHIMA MBODJI, [A98-807-641], Petitioner, v. MICHAEL CHERTOFF, et al., Respondents. | Civil Action No. 08CV0517-JLS (NLS)<br><br>NOTICE OF MOTION, MOTION FOR SCHEDULING ORDER /ORDER TO SHOW CAUSE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that Petitioner, Ibrahima Mbodji, hereby moves this Court to enter an immediate Order to Show Cause and Scheduling Order for the filing of pleadings and calendaring of subsequent hearings in this case. The motion is based on the instant notice and motion, the attached memorandum of points and authorities, the records and file in the instant case, and any and all matters properly brought before this Court.

///

///

---

[1] Petitioner is filing this motion with the assistance of James Fife of Federal Defenders of San Diego, Inc., who drafted the instant motion. This Court should not conclude, based on this pleading, that petitioner therefore has no need of assistance of counsel during the course of his habeas corpus proceedings.

1

## MOTION

Petitioner, Ibrahima Mbodji, hereby moves this Court to enter an immediate Scheduling Ordering as to the filing of subsequent pleadings and calendaring of hearings in this case.

Petitioner has been in respondents' continuous custody for **over twenty-one months**. In order to avoid further prejudice to his rights, he respectfully requests this Court enter an Order to Show Cause and a Scheduling Order governing the course of subsequent litigation of his petition.

DATED:

Respectfully submitted,

**IBRAHIMA MBODJI**
Petitioner