UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIMA MBODJI,<br>[A98-807-641]<br><br>       Plaintiff,<br><br>sv.<br><br>MICHAEL CHERTOFF, et al.,<br><br>       Defendant. | Case No. 08cv0517-JLS (NLS)<br><br>**NUNC PRO TUNC**<br>APR 2 8 2008<br><br>PROOF OF SERVICE |

**FILED**
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within **NOTICE OF MOTION, MOTION FOR SCHEDULING ORDER/ORDER/ORDER TO SHOW CAUSE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF,** placing a true copy of the above-mentioned document in the United States mail on April 28, 2008, to:

       **U S Attorney CV**
       U S Attorneys Office Southern District of California
       Civil Division
       880 Front Street
       Suite 6253
       San Diego, CA 92101

I certify under the laws of the State of California that the foregoing is true and correct. Executed on 28 April 2008 at San Diego, California.

                                       SYLVIA FREEMAN