**JAMES FIFE**
California State Bar No. 237620
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: james_fife@fd.org

Attorneys for Mr. Mbodji

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| IBRAHIMA MBODJI, | ) CASE NO. 08CV0517-JLS (NLS) |
|---|---|
| Petitioner, | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| MICHAEL CHERTOFF, ET. AL., | ) |
| Respondent. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James Fife, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated: May 6, 2008        /s/ JAMES FIFE
                          Federal Defenders of San Diego, Inc.
                          Attorneys for Defendant
                          James_Fife@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: May 6, 2008        /s/ JAMES FIFE
                          Federal Defenders of San Diego, Inc.
                          225 Broadway, Suite 900
                          San Diego, CA  92101-5030
                          (619) 234-8467  (tel)
                          (619) 687-2666  (fax)
                          James_Fife@fd.org (email)