1

2

3

4

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

5

6

7

8

9

10

11

IBRAHIMA MBODJI,

             Petitioner,

  vs.

MICHAEL CHERTOFF, Secretary
of Homeland Security, et al.,

           Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 08cv0517-JLS (NLS)
A98-807-641


EXHIBITS

12  U.S. Dep't of State database printout re Mbodji's nonimmigrant visa application. . .  1

13  Criminal history documents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-5

14  Form I-213 (Record of Deportable/Inadmissible Alien) dated July 17, 2006. . . . . . 6-7

15  Form I-862 (Notice to Appear) and accompanying documents. . . . . . . . . . . . . . . 8-14

16  Immigration Court hearing notices. . . . . . . . . . . . . . . . . .    15-19, 23-26, 28-31, 35-37

17  Letter dated Oct. 8, 2006, from Mbodji to DHS. . . . . . . . . . . . . . . . . . . . . . . . . . .  20

18  Letter dated Nov. 1, 2006, from DHS to Dep't of State. . . . . . . . . . . . . . . . . . . . .  21

19  Immigration Judge's order dated Sep. 7, 2006, lowering bond to $7500. . . . . . . . .  22

20  Notice of Entry of Appearance of Attorney dated Oct. 4, 2006. . . . . . . . . . . . . . . .  27

21  DHS custody reviews. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-34, 57-73

22  IJ's removal decision and order. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38-49

23  BIA pleadings and notices. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50-55

24  BIA's decision dated May 29, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  56

25  Ninth Circuit Docket in Mbodji v. Mukasey, No. 07-72503. . . . . . . . . . . . . . . . 74-78

26

27

28



**Issuing Post Name**
DAKAR (DKR)

**Surname**
MBODJI

**Given Name**
IBRAHIMA

**Control N**
2000285

| Passport Number | Gender | Date of Birth | Nationali |
|---|---|---|---|
| 99FB6272199, Regular | Male | 26DEC1982 | SENG |

**Place of Birth**
Senegal (SENG)

| 10 Prints | Fingerprint 1 | Fingerprint 2 | DHS FIN |
|---|---|---|---|
| Not Available | Fingerprint not Available | Fingerprint not Available | |

**Class**
B1/B2

| Entries | Issue Date | Expiration Date | Foil Num |
|---|---|---|---|
| 1 | 12-DEC-2000 | 11-MAR-2001 | 42681211 |

**Annotation**
VACATION, NYC 1 WEEK, LATE DEC 2000.
TRAVEL WITH FATHER, ALIOU MBODJI, 21 MAY 55,
HOLDER OF SENEGALESE PPT 94AP212095.

## Adjudication History

| Adjud Date | Status |
|---|---|
| 12-DEC-2000 | Issued |

## Foil History

| Foil Number | Class | Date Printed | Foil Status |
|---|---|---|---|
| 42681211 | B1/B2 | 12-DEC-2000 | Printed and passed QA |

## Namecheck(s)

| Seq # | Status | Source | DNC/Class Hits | DNC/Class Hit |
|---|---|---|---|---|
| 1 | RECEIVED | CLASS | 0 | NR |

## San Diego Sheriff's Department
### Inmate Detail Report

### PERSONAL

| | |
|---|---|
| **Last:** | MBODJI |
| **First:** | IBRAHINA |
| **Middle:** | |
| **Sex:** | M |
| **DOB:** | 12/26/1982 |
| **Age:** | 23 |
| **Birth Place:** | DAKAR, SG |
| **SSN:** | |
| **RI System #:** | 06194-021152 |
| **Gang Flag:** | |
| **Inmate Loc.:** | |
| **DNA Status:** | Not Required |
| **Citizenship:** | SENEGAL |
| **English Ability:** | Good |
| **Height:** | 5' 06" |
| **Race:** | BLACK |
| **Hair:** | BLACK |
| **Remarks (1st Arr.):** | |



JIM#: 400021389
BK#: 6419877
CLASS: 2
LOW/MEDIUM
**Language:** ENGLISH
**Foreign Notify:** N
**Weight:** 120 lbs.
**Eyes:** BROWN
**Total Bail:** $0.00

| | |
|---|---|
| **Arr. Agency:** | Oceanside Police Dept. |
| **Arr. Location:** | 504 GREENBRIER DR |
| **Officer:** | PEREZ |
| **Officer ID:** | 1197 |
| **Arr. Date:** | 07/12/2006 |
| **Custody Days:** | 6 |
| **Booking Date:** | 07/12/2006 |
| **Booking Time:** | 23:12:42 |
| **Jail:** | VDF Vista Detention Facility |
| **Area/HU/Cell:** | X// |
| **Holds:** | |
| **Arrest Type:** | FIELD ARREST |
| **Date Released:** | |
| **Release Type:** | |
| **Early Release Date:** | |

### CHARGES

| Arr# | Arrest Date | Chg | Section Code | Description | Court Case | Bail Amount | Dispo Type | Dispo. Date/Time | ROC |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 07/14/2006 | 1 | 8 1251 US | DEPORTATION PROCEEDINGS | | $0.00 | INS | 07/17/2006 02:37 | |
| 2 | 07/13/2006 | 1 | HOLD | Rel Dt/Tm: 07-14-2006 1946 Agenc INS | | $0.00 | RBHD | 07/14/2006 19:46 | |
| 1 | 07/12/2006 | 1 | 273.5(A) PC | INF CORP INJ:SPOUSE/COHAB | | $0.00 | (B)1 | 07/14/2006 19:46 | |

### COURT

| Appearance | Destination Court | Date | Time | Arrest |
|---|---|---|---|---|
| | | | | |

*2*



**OFFICIAL RAP SHEET COVER SHEET**

DATE PRINTED: 11/17/2006 03:01 PM

RECD CSC*06NOV20 6:03

SUBMITTING SITE INFORMATION          : CIS CALEXICO (XSD1S3)
                                       16 HEFFERNAN AVE
                                       CALEXICO, CA 92231


CURRENT TCN                          : A098807641200611171131
DISTRICT ORI                         : CAINS5200

FBI NAME                             : MBODJI,IBRAHINA
FBI NUMBER                           : 707744MC5
DATE OF BIRTH                        : 12/26/1982
ALIEN NUMBER                         : A098807641
SOCIAL SECURITY NUMBER               : UNKNOWN
ZIP CODE                             : 92243
REASON FINGERPRINTED (FORM NUMBER)   : I589



ACTION COMPLETED
APPROVED FOR FILING

NOV 2 0 2006

INITIALS
EOC: CSC

*3*

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

CAINSWANZ                                    ICN IFCS0002000021728212

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

THIS RECORD IS SUBJECT TO THE
FOLLOWING USE AND DISSEMINATION RESTRICTIONS

     UNDER PROVISIONS SET FORTH IN TITLE 28, CODE OF FEDERAL
REGULATIONS (CFR), SECTION 50.12, BOTH GOVERNMENTAL AND NONGOVERNMENTAL
ENTITIES AUTHORIZED TO SUBMIT FINGERPRINTS AND RECEIVE FBI IDENTIFICATION
RECORDS MUST NOTIFY THE INDIVIDUALS FINGERPRINTED THAT THE FINGERPRINTS
WILL BE USED TO CHECK THE CRIMINAL HISTORY RECORDS OF THE FBI.
IDENTIFICATION RECORDS OBTAINED FROM THE FBI MAY BE USED SOLELY FOR
THE PURPOSE REQUESTED AND MAY NOT BE DISSEMINATED OUTSIDE THE RECEIVING
DEPARTMENT, RELATED AGENCY OR OTHER AUTHORIZED ENTITY.  IF THE INFORMATION
ON THE RECORD IS USED TO DISQUALIFY AN APPLICANT, THE OFFICIAL MAKING THE
DETERMINATION OF SUITABILITY FOR LICENSING OR EMPLOYMENT SHALL PROVIDE THE
APPLICANT THE OPPORTUNITY TO COMPLETE, OR CHALLENGE THE ACCURACY OF, THE
INFORMATION CONTAINED IN THE FBI IDENTIFICATION RECORD.  THE DECIDING
OFFICIAL SHOULD NOT DENY THE LICENSE OR EMPLOYMENT BASED ON THE
INFORMATION IN THE RECORD UNTIL THE APPLICANT HAS BEEN AFFORDED A
REASONABLE TIME TO CORRECT OR COMPLETE THE INFORMATION, OR HAS DECLINED TO
DO SO.  AN INDIVIDUAL SHOULD BE PRESUMED NOT GUILTY OF ANY CHARGE/ARREST
FOR WHICH THERE IS NO FINAL DISPOSITION STATED ON THE RECORD OR OTHERWISE
DETERMINED.  IF THE APPLICANT WISHES TO CORRECT THE RECORD AS IT APPEARS
IN THE FBI'S CJIS DIVISION RECORDS SYSTEM, THE APPLICANT SHOULD
BE ADVISED THAT THE PROCEDURES TO CHANGE, CORRECT OR UPDATE THE RECORD ARE
SET FORTH IN TITLE 28, CFR, SECTION 16.34.

- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                              FBI NO.        DATE REQUESTED
MBODJI,IBRAHINA                   707744MC5      2006/11/17

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR
M     B      1982/12/26   506      120      BRO    BLK

BIRTH PLACE
SENEGAL

PATTERN CLASS                     CITIZENSHIP
WU WU RS WU RS LS WU LS LS LS     SENEGAL
         WU           WU WU

END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

CAINSWANZ                                    ICN IFCS0002000021728212
PART 2

- FBI IDENTIFICATION RECORD - FBI NO-707744MC5

1-ARRESTED OR RECEIVED 2006/07/12  SID- CA27538012
    AGENCY-SHERIFF'S OFFICE SAN DIEGO (CA0370000)
        AGENCY CASE-6419877A
        CHARGE 1-001 COUNTS OF INF CORP INJ,SPOUSE/COHAB

2-ARRESTED OR RECEIVED 2006/07/17
    AGENCY-USINS SAN DIEGO (CAINSSD00)
        NAME USED-MBODJI,IBRAHIMA
        CHARGE 1-8 USC 1229 (A) REMOVAL PROCEEDING

    COURT-
        CHARGE-8 USC 1229 (A) REMOVAL PROCEEDING
        SENTENCE-
        PENDING REMOVAL TO SENEGAL

3-DATE OF APPLICATION 2006/11/17R (DATE FP)
    AGENCY-USINS-WAN LAGUNA NIGUEL (CAINSWANZ)
        AGENCY CASE-200611171131 NAME USED-MBODJI,IBRAHIMA
        CIVIL PRINT - 11/17/2006

RECORD UPDATED 2006/11/17

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

U.S. Department of Justice

Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex<br>M | Hair<br>BLK | Eyes<br>BRO | Cmplxn<br>DRK |
|---|---|---|---|---|---|---|---|
| MBODJI, Ibrahima | | | | | | | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| SENEGAL | SENGALESE 99FB | Case No: SND0607000152<br>A098 807 641 | | 66 | 20 | CONSTRUCTION |

| U.S. Address | Scars and Marks |
|---|---|
| 504 OR 506 GREENBRIER RD<br>OCEANSIDE, CALIFORNIA 92054 | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single<br>☐ Divorced ☐ Married<br>☐ Widower ☐ Separated |
|---|---|---|---|
| 02/13/2001, Unknown Time, NYC, NONIMMIGRANT | | 707744MC5 | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| DAKAR, SENEGAL | CLC 520.3 |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 12/26/1982   Age: 23 | 07/17/2006 | SND/SND | San Diego, CA | 07/17/2006 0000 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐   Not Lifted ☐ | By |
|---|---|---|---|---|
| DAKAR, SENEGAL | | | | JEFFREY R. ROBERTS |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | CLAIMS NONE, | Non-Immigrant | IN<br>INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| U.S. B1/B2 VISA<br>Foil Number 42681211 | | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | See narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | CLAIMS 1 / USC |

| Father's Name, Nationality, and Address, if Known  Nationality:  SENEGAL | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| MBODJI, Aliou<br>SENEGAL PASSPORT#94AP212095 | NDONG, Mariema<br>Nationality: SENEGAL |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted?  Yes ☒  No ☐ | INS Systems Checks<br>See Narrative | Charge Code Word(s)<br>R1B |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary<br>Hr. | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 19333952

SCARS, MARKS AND TATTOOS
None Visible

INS SYSTEMS CHECKS
Automated Fingerprint Identification System Negative
Central Index System Negative
Computer Linked Application Information Management System Negative
Deportable Alien Control System Negative
National Crime Information Center Positive

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by ROBERTS

San Diego Sheriff Booking Number: 6419877
San Diego Sheriff Booking Name: MBODJI, IBRAHINA
CII: CA 27538012
AFIS: 060225477

SUBJECT is a male native and citizen of SENEGAL by virtue of his birth in DAKAR, SENEGAL.

| | |
|---|---|
| Alien has been advised of communication privileges. 7/17/06 ____ (Date/Initials) | JEFFREY R. ROBERTS<br>IMMIGRATION ENFORCEMENT AGENT<br>(Signature and Title of INS Official) |

| Distribution:<br>TO FILE<br>STATS<br>DACS | Received: (Subject and Documents) (Report of Interview)<br>Officer: JEFFREY R. ROBERTS<br>on: July 17,  2006  at  1310  (time)<br>Disposition:  Warrant of Arrest/Notice to Appear<br>Examining Officer: PATRICK AMOS |
|---|---|

Form I-213(Rev.4/1/97)Y

6

| Alien's Name | File Number | Date |
|---|---|---|
| MBODJI, Ibrahima | Case No: SND0607000152<br>A098 807 641 | 07/17/2006 |

RECORDS checks thru the UNITED STATES DEPT OF STATE - BUREAU OF CONSULAR AFFAIRS indicated that subject was issued a U.S. B1/B2 NONIMMIGRANT VISA (Foil Number 42681211) on 12-DEC-2000 (EXPIRATION DATE 11-MAR-2001) in DAKAR, SENEGAL for "VACATION, NYC 1 WEEK, LATE DEC 2000. TRAVEL WITH FATHER, ALIOU MBODJI, 21 MAY 55, HOLDER OF SENGALESE PPT 94AP212095." This record also indicates subject is issued SENGALESE PASSPORT NUMBER 99FB6272199.

SUBJECT claims to have entered the United States by air at NEW YORK, NEW YORK as a nonimmigrant visitor with a valid passport and B1/B2 visa on or about February 13, 2001 with his father. Subject stated that his father returned to Senegal without him and that he flew to Atlanta, Georgia where he was hit in the head with a baseball bat resulting in a coma. At the time of attack, subject claims his passport was stolen. Subject claims to have resided in Atlanta until October 11, 2004 at which time he travelled to San Diego, California by car. Subject was a Juvenile at the time of his entry and claims to have never intended to reside permanently in the United States. Subject claims he now wants to contest his case and not return to Senegal.

CENTRAL INDEX SYSTEM (CIS), DEPORTABLE ALIEN CONTROL SYSTEM (DACS), COMPUTER LINKED APPLICATION INFORMATION SYSTEM (CLAIMS), and NATIONAL CRIME INFORMATION CENTER (NCIC) CHECKS for an assigned A-File were all negative. Subject was assigned Alien Registration Number A98 807 641.

SUBJECT has no known criminal convictions but subject was encountered after being booked into the San Diego County Sheriff Office's Vista Detention Facility for Inflicting Corporal Injury. All charges were subsequently dropped and subject was turned over to ICE custody on July 17, 2006 pursuant to an Immigration Detainer lodged by IEA P. Amos.

TREASURY ENFORCEMENT COMMUNICATIONS SYSTEM III (TECS III) Subject Query (SQ11) indicated No Wants/No Warrants.

SUBJECT will be served with a NOTICE TO APPEAR before an Immigration Judge in a Section 240 Removal Hearing charged as a NONIMMIGRANT OVERSTAY, in violation of Section 237(a)(1)(B) of the Immigration and Naturalization Act, as amended.

INITIAL CUSTODY DETERMINATION is $10,000 BOND.

| Signature | Title |
|---|---|
| JEFFREY R. ROBERTS | IMMIGRATION ENFORCEMENT AGENT |

Form I-831 Continuation Page (Rev. 6/12/92)

7

U. S. Department of Justice

Immigration and Naturalization Service

# Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A098 807 641
Case No: SND0607000152
FIN #: 19333952

In the Matter of:

Respondent: **Ibrahima MBODJI** _____ currently residing at:

IMMIGRATION AND CUSTOMS ENFORCEMENT 880 FRONT STREET
SAN DIEGO CALIFORNIA 92101

(Number, street, city state and ZIP code)    (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1) You are not a citizen or national of the United States;

2) You are a native of SENEGAL and a citizen of SENEGAL;

3) You were admitted to the United States at New York, New York on or about
   February 13, 2001 as a nonimmigrant visitor with authorization to remain in the
   United States for a temporary period not to exceed March 11, 2001;

4) You remained in the United States beyond March 11, 2001 without authorization
   from the Immigration and Naturalization Service.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

    Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended,
    in that after admission as a nonimmigrant under Section 101(a)(15) of the Act,
    you have remained in the United States for a time longer than permitted, in
    violation of this Act or any other law of the United States.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)  ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
to be set

(Complete Address of Immigration Court, Including Room Number, if any)

on a date to be set        at a time to be set   to show why you should not be removed from the United States based on the
         (Date)                    (Time)
charge(s) set forth above.

_Oliver A. Francis_

OLIVER FRANCISCO
SUPV. DETENTION&DEPORTATION OFFICER
(Signature and Title of Issuing Officer)

Date: July 17, 2006

SAN DIEGO, CALIFORNIA
(City and State)

### See reverse for important information

Form I-862 (Rev. 3/22/99)N

# Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

X  Refused To Sign
(Signature of Respondent)

Before: _____ JCA
(Signature and Title of INS Officer)

Date: _____

---

### Certificate of Service

This Notice to Appear was served on the respondent by me on __July 17, 2006__ , in the following manner and in
(Date)

compliance with section 239(a)(1)(F) of the Act:

[X] in person          [ ] by certified mail, return receipt requested          [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[✓] Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the __ENGLISH__ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

JEFFREY A. ROBERTS
IMMIGRATION ENFORCEMENT AGENT
(Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N

9

U.S. Department of Justice

Immigration and Naturalization Service

# Warrant for Arrest of Alien

Case No:  SND0607000152

File No.  A098-807-641

Date  July 17, 2006

FIN #:  19333952

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

**Ibrahima MBODJI**

(Full name of alien)

an alien who entered the United States at or near **New York, New York** on

(Port)

**February 13, 2001**  is within the country in violation of the immigration laws and is

(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and

Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the

regulations issued pursuant thereto, I command you to take the above-named alien into custody

for proceedings in accordance with the applicable provisions of the immigration laws and

regulations.

_____

(Signature of authorized INS official)

**OLIVER FRANCISCO**

(Print name of official)

**SUPV. DETENTION&DEPORTATION OFFICER**

(Title)

---

### Certificate of Service

Served by me at **SAN DIEGO, CALIFORNIA** on **July 17, 2006** at **12:00 AM**.

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

_____

**JEFFREY R. ROBERTS**

(Signature of officer serving warrant)

**IMMIGRATION ENFORCEMENT AGENT**

(Title of officer serving warrant)

Form I-200 (Rev. 4-1-97)N

*10*

U.S. Department of Justice

Immigration and Naturalization Service

# Notice of Custody Determination

Ibrahima MBODJI

Case No: SND0607000152
File No: A098 807 641
Date: 07/17/2006

IMMIGRATION AND CUSTOMS ENFORCEMENT
880 FRONT STREET
SAN DIEGO, CA 92101

FIN #:   19333952

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☐ detained in the custody of this Service.

☒ released under bond in the amount of $ 10,000.00

☐ released on your own recognizance.

☒ You may request a review of this determination by an immigration judge.

☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

_Olive A. Francisco_
OLIVER FRANCISCO
(Signature of authorized officer)

SUPV. DETENTION&DEPORTATION OFFICER
(Title of authorized officer)

SAN DIEGO, CALIFORNIA
(INS office location)

☐ I do ☒ do not request a redetermination of this custody decision by an immigration judge.

☒ I acknowledge receipt of this notification.

x _Refused To Sign_
(Signature of respondent)

_____
(Date)

---

## RESULT OF CUSTODY REDETERMINATION

On _JULY 25, 06_ , custody status/conditions for release were reconsidered by:

☐ Immigration Judge    ☒ District Director    ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:

☐ No change - Original determination upheld.

☒ Detain in custody of this Service.

☒ Bond amount reset to   NO BOND

☐ Release-Order of Recognizance

☐ Release-Personal Recognizance

☐ Other: _____

_N. Catune_ (RDB)
(Signature of officer)

Form I-286 (Rev. 4-1-97)N

//

**U.S. Department of Justice**

Immigration and Naturalization Service

## Notice of Rights and Request for Disposition

FIN #: 19333952     Case No: SND0607000152
File No: A098 807 641

Name: Ibrahima MBODJI

## NOTICE OF RIGHTS

You have been arrested because immigration officers believe that you are illegally in the United States. You have the right to a hearing before the Immigration Court to determine whether you may remain in the United States. If you request a hearing, you may be detained in custody or you may be eligible to be released on bond, until your hearing date. In the alternative, you may request to return to your country as soon as possible, without a hearing.

You have the right to contact an attorney or other legal representative to represent you at your hearing, or to answer any questions regarding your legal rights in the United States. Upon your request, the officer who gave you this notice will provide you with a list of legal organizations that may represent you for free or for a small fee. You have the right to communicate with the consular or diplomatic officers from your country. You may use a telephone to call a lawyer, other legal representative, or consular officer at any time prior to your departure from the United States.

## REQUEST FOR DISPOSITION

I M ☒   I request a hearing before the Immigration Court to determine whether or not I may remain in the
Initials     United States.

_____ ☐   I believe I face harm if I return to my country. My case will be referred to the Immigration Court
Initials     for a hearing.

_____ ☐   I admit that I am in the United States illegally, and I believe I do not face harm if I return to my
Initials     country. I give up my right to a hearing before the Immigration Court. I wish to return to my
country as soon as arrangements can be made to effect my departure. I understand that I may be
held in detention until my departure.

X _____     07-17-06
     Signature of Subject                  Date

## CERTIFICATION OF SERVICE

☒ Notice read by subject
☒ Notice read to subject by **JEFFREY R. ROBERTS** _____ , in the _____ **ENGLISH** _____ language.

**JEFFREY R. ROBERTS** _____
   Name of Service Officer (Print)                           Name of Interpreter (Print)

_____     **July 17, 2006**     1700 hrs
     Signature of Officer                         Date and Time of Service

*12*

Form I-826 (4/1/97)N

**ENGLISH**

"If you failed to attend the hearing at the time and place designated on this notice, or any date and time later designated by the Immigration Court, you shall not be eligible for discretionary relief under INA Section 240A (Cancellation of Removal), 240B (Voluntary Departure), 245 (Adjustment of Status), 248 (Adjustment of Nonimmigrant Status), or 249 (Creation of Record of Admission), for a period of ten (10) years after the date of the entry of the Final Order of Removal."

**SPANISH**

"Si no asiste a la audencia en el tiempo y lugar designado en este aviso, o cualquier fecha y hora mass tarde designado por la corte de Inmigracion, no estara elegible por asistencia discrecional bajo INA Seccion 240A (Cancelacion de Deportacion), 240B (Slida Voluntaria), 245 (Ajuste de Residencia), 248 (Ajuste de no-inmigrante Residencia), o 249 (Creacion de Registro de Admision), por un periodo de diez (10) anos despues de la fecha indicada en la Orden Final de Deportacion.

OFFICER: _____    Date: 7/17/2006

RESPONDENT: _____    Date: 07-17-06

*13*



# LIST OF FREE LEGAL SERVICE PROVIDERS

**LEGAL AID SOCIETY OF SAN DIEGO, INC.**
110 South Euclid Ave.
San Diego, CA 92114
Toll free: 1-877 Legal Aid (877-534-2524)
(No charge)
(Will not represent aliens in asylum cases)

**DARIO AGUIRRE, Esquire**
1010 Second Ave., Suite 1700
San Diego, CA 92101
(619) 239-9990 (voice)
(619) 239-0004 (fax)
(No Charge)
(Will represent aliens in asylum cases)

**Ali Golchin, Esq.**
Golchin and Associates
110 West C Street, Suite 712
San Diego, CA 92101
(619) 325-7555
(Will not represent aliens in asylum cases)
(Generally, representation is limited to San Diego District)

**Christopher Stender, Esq.**
Stender and Pope, P.C.
444 West "C" Street
Suite 380
San Diego, CA 92101
(619) 238-8080

Jan. 1, 2006

Alien's Signature: _____

*14*

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA    92251

RE:  MBODJI, IBRAHIMA
FILE:  A98-807-641

DATE:  Jul 19, 2006

TO:          MBODJI, IBRAHIMA
             C/O ICE, 1115 N. IMPERIAL AVE.
             EL CENTRO, CA  92243
     Please take notice that the above captioned case has been scheduled for a
MASTER hearing before the Immigration Court on Jul 28, 2006 at 10:00 A.M. at:

1115 NORTH IMPERIAL AVENUE
EL CENTRO, CA  92243
     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:  (1) You may be taken into
custody by the Immigration and Naturalization Service and held for further
action. OR (2) Your hearing may be held in your absence under section 240(b)(5)
of the Immigration and Nationality Act.  An order of removal will be entered
against you if the Immigration and Naturalization Service established by
clear, unequivocal and convincing evidence that a) you or your attorney has
been provided this notice and b) you are removable.
     IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT
CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION
COURT IMPERIAL, CA  THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A list of free legal service providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
or 703-305-1662.  *YOU MUST BRING PHOTO IDENTIFICATION TO ENTER THE BUILDING.*
                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE: ____7/19/06____  BY: COURT STAFF _____          V3
     Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

GC9

*15*

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
INMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA    92251

RE: MBODJI, IBRAHIMA
FILE: A98-807-641                         DATE:  Jul 28, 2006

TO:         MBODJI, IBRAHIMA
            C/O ICE, 1115 N. IMPERIAL AVE.
            EL CENTRO, CA 92243

     Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on    **8-30-06**
at   **1:00 P.M.**   at

                    1115 NORTH IMPERIAL AVENUE      FOR  LEGAL
                    EL CENTRO, CA  92243            REPRESENTATION.
     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court. Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative. If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed. You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act. An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.


IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.   ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A List of Free Legal Service Providers has been given to you. For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.

*16*

Alien Number:  98-807-641                        Alien Name:  MBODJI, IBRAHIMA

### LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

☒  1. You have been scheduled for a removal hearing, at the time and place
       set forth on the attached sheet.  Failure to appear for this hearing
       other than because of exceptional circumstances beyond your control**
       will result in your being found ineligible for certain forms of
       relief under the Immigration and Nationality Act (see Section A,
       below) for a period of ten (10) years after the date of entry of the
       final order of removal.

(  )  2. You have been scheduled for an asylum hearing, at the time and place
        set forth on the attached notice.  Failure to appear for this hearing
        other than because of exceptional circumstances beyond your control**
        will result in your being found ineligible for certain forms of relief
        under the Immigration and Nationality Act (see Section A, Below) for a
        period of ten (10) years from the date of your scheduled hearing.

(  )  3. You have been granted voluntary departure from the United States
        pursuant to section 240B of the Immigration and Nationality Act, and
        remaining in the United States beyond the authorized date will result
        in your being found ineligible for certain forms of relief under the
        Immigration and Nationality Act (see Section A, Below) for ten (10)
        years from the date of the scheduled departure.  Your Voluntary
        departure bond, if any, will also be breached.  Additionally, if you
        fail to voluntarily depart the United States within the time period
        specified, you shall be subject to a civil penalty of not less than
        $1000 and not more than $5000.

        **the term "exceptional circumstances" refers to circumstances such
        as serious illness of the alien or death of an immediate relative
        of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    i)    Voluntary departure as provided for in section 240B of the
          Immigration and Nationality Act;
    2)    Cancellation of removal as provided for in section 240A of the
          Immigration and Nationality Act; and
    3)    Adjustment of status or change of status as provided for in Section
          245, 248 or 249 of the Immigration and Nationality Act

   This written notice was provided to the alien in English.  Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  Jul 28, 2006
Immigration Judge: _____ or Court Clerk: _____

---

### CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO: [✗] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [✗] INS
DATE: _1-28-06_  BY:  COURT STAFF _J.K.W_
   Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
                                                                        V6

*17*

- 35 - NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA   92251

RE: MBODJI, IBRAHIMA
FILE:  A98-807-641

DATE:  Aug 30, 2006

TO:        MBODJI, IBRAHIMA
C/O ICE, 1115 N. IMPERIAL AVE.
EL CENTRO, CA 92243

    Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on   **9 - 7 - 06**
at    **8:30 A.M.** at

                        1115 NORTH IMPERIAL AVENUE
                        EL CENTRO, CA  92243

**BOND  HEARING**

**R'S  GIRLFRIEND
TO   APPEAR.**

    You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court. Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative. If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed. You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
    Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
    1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
    2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act. An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.


IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
    A List of Free Legal Service Providers has been given to you. For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.

GC9

*18*

Alien Number:  98-807-641                    Alien Name:  MBODJI, IBRAHIMA

LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(✗) 1. You have been scheduled for a removal hearing, at the time and place
set forth on the attached sheet.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of
relief under the Immigration and Nationality Act (see Section A.
below) for a period of ten (10) years after the date of entry of the
final order of removal.

( ) 2. You have been scheduled for an asylum hearing, at the time and place
set forth on the attached notice.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of relief
under the Immigration and Nationality Act (see Section A. Below) for a
period of ten (10) years from the date of your scheduled hearing.

( ) 3. You have been granted voluntary departure from the United States
pursuant to section 240B of the Immigration and Nationality Act, and
remaining in the United States beyond the authorized date will result
in your being found ineligible for certain forms of relief under the
Immigration and Nationality Act (see Section A. Below) for ten (10)
years from the date of the scheduled departure.  Your Voluntary
departure bond, if any, will also be breached.  Additionally, if you
fail to voluntarily depart the United States within the time period
specified, you shall be subject to a civil penalty of not less than
$1000 and not more than $5000.


**the term "exceptional circumstances" refers to circumstances such
as serious illness of the alien or death of an immediate relative
of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    1)   Voluntary departure as provided for in section 240B of the
         Immigration and Nationality Act;
    2)   Cancellation of removal as provided for in section 240A of the
         Immigration and Nationality Act; and
    3)   Adjustment of status or change of status as provided for in section
         245, 248 or 249 of the Immigration and Nationality Act.

    This written notice was provided to the alien in English.  Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  Aug 30, 2006
Immigration Judge: _____    or Court Clerk: _____

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)    PERSONAL SERVICE (P)
TO:  [✗] ALIEN  [ ] ALIEN c/o Custodial Officer, [ ] ALIEN's ATT/REP  [✗] INS
DATE:  8-30-06  BY:  COURT STAFF  _____
    Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____
                                                                    V6

19

Date:   October 08, 2006

From:   Ibrahima Mbodji
        A# 98-807-641 / BW-02
        I.C.E. Detention Facility,
        El Centro, Ca. 92243

To:     Mr. Roberto Rillamas(O.I.C.)
        I.C.E. Detention Facility,
        El Centro, Ca. 92243

DEPT. OF HOMELAND SECURITY
ECC/SPC

OCT 10 2006

RECEIVED

Subject:  Request for Bond Reduction

Dear Mr. Rillamas,

My name is Ibrahim Mbodji and I am currently detained in this facility. I was told by the deportation officials that I needed to address this request directly to you. I was granted bond by the Immigration Judge at my court proceeding of September 07, 2006. The Government set the amount at $7,500.00.

In this regard Sir, I write to respectfully ask for your consideration in granting me a bond reduction, hopefully even a minimum bond amount. I am being assisted by a fellow detainee in the preparation of this letter, so to make it as formal a request as possible.

Sir, my family is small and struggling with everyday needs. I cannot even estimate when they might be able to raise the amount of money needed to pay the current bond amount. In my personal life, I have a dependant eighteen (18) month old daughter "Aida Parker" with my previous girlfriend "Carrenna L. Parker," who now resides in Atlanta, Georgia. Ms. Parker is available to answer any questions if the need arises; the telephone number is (678-437-3388). Also, I have a current girlfriend, "Mary J. Guy," who is intent in assisting me in any way she possibly can; the telephone number is (760-521-5124).

Mr. Rillamas, I humbly and respectfully ask for your consideration in reviewing this request, as I was told that this is my only way to get a bond reduction. Thank you for any consideration you can grant me in this matter.

*Subject entered Dec 2000, on 1 wk. visa VISF. — overstayed. at property — claims to have had off. stolen — Subject is applying for VR — also HAS 1 yr. bar to asylum Bar.*

Respectfully Submitted,

Ibrahima Mbodji

**20**

*001 Hollerich*

UNITED STATES DEPARTMENT OF JUSTICE
Executive Office for Immigration Review
Immigration Court
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

/✓/ DETAINED AT GOV'T EXPENSE

DATE:  Nov 1, 2006

NATIONALITY:  SENEGAL

FILE NUMBER:  A98-807-641
              MBODJI, IBRAHIMA

Department of State
Bureau of Democracy, Human Rights and Labor
Office of Country Reports and Asylum Affairs
2401 E Street, NW, Room H242
Washington, D.C.  20037

Dear Sir:

Pursuant to 8 C.F.R. 208.11, herein enclosed for your review, is a copy
of an application for asylum and withholding on Form I-589 and attachments
relating to the above-named subject.  He/she asserts that he/she will be
persecuted on account of his/her race, religion, nationality, membership in a
particular social group or political opinion or tortured if returned to
his/her native country. Neither a determination of the applicant's credibility
nor an evaluation of his/her claim has been made.


A hearing on this application has been scheduled for Dec 6, 2006.  If
we do not hear from you by Dec 6, 2006, we will assume that you have chosen not
to comment.  Your response prior to this date would be most helpful for the
Immigration Judge in arriving at a decision in this case.

IMMIGRATION COURT CLERK

Enclosures

cc:  INS Asst. District Counsel


cc:  Alien or Alien's Attorney/Representative
     KATHERINE OWEN
     LAW OFFICE OF KATHERINE A. OWEN
     280 MORONGO DRIVE
     IMPERIAL, CA  92251                                    SS

LIZ

**21**

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
IMPERIAL, CA

FILE: A98-807-641

IN THE MATTER OF:

MBODJI, IBRAHIMA

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of
respondent pursuant to 8 CFR 236.1(c), and full consideration
having been given to the representations of the Immigration and
Naturalization Service and the respondent, it is hereby

_____ ORDERED that the request for a change in custody status be
denied.

_____ ORDERED that the request be granted and that respondent be:

_____ released from custody on his own recognizance

__X__ released from custody under bond of $ _7,500_

_____ OTHER _____

Copy of this decision has been served on the respondent and the
Service.

APPEAL: waived -- reserved

IMPERIAL -- EL CENTRO, CALIFORNIA

Date: Sep 7, 2006

Jack H. Weil
JACK H. WEIL
Immigration Judge

XS

LIZ

**22**

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA   92251

RE:  MBODJI, IBRAHIMA
FILE:  A98-807-641                           DATE:  Sep 7, 2006

TO:       MBODJI, IBRAHIMA
          C/O ICE, 1115 N. IMPERIAL AVE.
          EL CENTRO, CA  92243

     Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on  **9 - 13 - 06**
at  **1:00 P.M.**  at

**COURT   IDENTIFIED**
**I - 589,   J - 485 + V.R.**         1115 NORTH IMPERIAL AVENUE
                                      EL CENTRO, CA  92243

**FOR RESPONDENT TO FILE ANY APPLICATION FOR RELIEF.**

     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.

LIZ

**23**

Alien Number: 98-807-641                    Alien Name: MBODJI, IBRAHIMA

## LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

✕  1. You have been scheduled for a removal hearing, at the time and place
      set forth on the attached sheet. Failure to appear for this hearing
      other than because of exceptional circumstances beyond your control**
      will result in your being found ineligible for certain forms of
      relief under the Immigration and Nationality Act (see Section A,
      below) for a period of ten (10) years after the date of entry of the
      final order of removal.

(  ) 2. You have been scheduled for an asylum hearing, at the time and place
       set forth on the attached notice. Failure to appear for this hearing
       other than because of exceptional circumstances beyond your control**
       will result in your being found ineligible for certain forms of relief
       under the Immigration and Nationality Act (see Section A, Below) for a
       period of ten (10) years from the date of your scheduled hearing.

(  ) 3. You have been granted voluntary departure from the United States
       pursuant to section 240B of the Immigration and Nationality Act, and
       remaining in the United States beyond the authorized date will result
       in your being found ineligible for certain forms of relief under the
       Immigration and Nationality Act (see Section A, Below) for ten (10)
       years from the date of the scheduled departure. Your Voluntary
       departure bond, if any, will also be breached. Additionally, if you
       fail to voluntarily depart the United States within the time period
       specified, you shall be subject to a civil penalty of not less than
       $1000 and not more than $5000.


       **the term "exceptional circumstances" refers to circumstances such
       as serious illness of the alien or death of an immediate relative
       of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    1)    Voluntary departure as provided for in section 240B of the
          Immigration and Nationality Act;
    2)    Cancellation of removal as provided for in section 240A of the
          Immigration and Nationality Act; and
    3)    Adjustment of status or change of status as provided for in sections
          245, 248 or 249 of the Immigration and Nationality Act.

    This written notice was provided to the alien in English. Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  Sep 7, 2006
Immigration Judge: _____  or Court Clerk: _____
_____

### CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO: [P] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [P] INS
DATE:  9 - 7 - 06  BY: COURT STAFF  G.N.W.
     Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____
                                                                    V6

**24**

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA    92251

RE: MBODJI, IBRAHIMA
FILE:  A98-807-641

DATE:  Sep 13, 2006

TO:         MBODJI, IBRAHIMA
            C/O ICE, 1115 N. IMPERIAL AVE.
            EL CENTRO, CA  92243

    Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on    10-4-06
at    1:00 P.M.    at

1115 NORTH IMPERIAL AVENUE
EL CENTRO, CA  92243

*FOR ANY & ALL APPLICATIONS FOR RELIEF. & FOR LEGAL REPRESENTAT*

    You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
    Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
    1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
    2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
    A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180.
OR 703-305-1662.

LIZ

25

Alien Number:  98-307-641                          Alien Name:  NBODJI, IBRAHIMA

LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

 1. You have been scheduled for a removal hearing, at the time and place
set forth on the attached sheet.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of
relief under the Immigration and Nationality Act (see Section A.
below) for a period of ten (10) years after the date of entry of the
final order of removal.

( )   2. You have been scheduled for an asylum hearing, at the time and place
set forth on the attached notice.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of relief
under the Immigration and Nationality Act (see Section A. Below) for a
period of ten (10) years from the date of your scheduled hearing.

( )   3. You have been granted voluntary departure from the United States
pursuant to section 240B of the Immigration and Nationality Act, and
remaining in the United States beyond the authorized date will result
in your being found ineligible for certain forms of relief under the
Immigration and Nationality Act (see Section A. Below) for ten (10)
years from the date of the scheduled departure.  Your Voluntary
departure bond, if any, will also be breached.  Additionally, if you
fail to voluntarily depart the United States within the time period
specified, you shall be subject to a civil penalty of not less than
$1000 and not more than $5000.

        **the term "exceptional circumstances" refers to circumstances such
        as serious illness of the alien or death of an immediate relative
        of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
   1)    Voluntary departure as provided for in section 240B of the
         Immigration and Nationality Act;
   2)    Cancellation of removal as provided for in section 240A of the
         Immigration and Nationality Act; and
   3)    Adjustment of status or change of status as provided for in Section
         245, 248, or 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English.  Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  Sep 13, 2006
Immigration Judge: _____  or Court Clerk: _____

------------------------------------------------------------------
                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)     PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE: _____  BY:  COURT STAFF _____
      Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
------------------------------------------------------------------
                                                            V6

**26**

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: IBRAHIMA MBODJI

Date: 10/4/06

File No. 98-807-647

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: IBRAHIMA MBODJI

☑ Petitioner   ☐ Applicant
☐ Beneficiary

Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code)

Name:

☐ Petitioner   ☐ Applicant
☐ Beneficiary

Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code)

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

09152                    New Jersey Supreme Ct and am not under a court or administrative agency
                         *Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

SIGNATURE

COMPLETE ADDRESS  280 Morongo Drive
Imperial, CA 92257

NAME (Type or Print)  Katherine Owen

TELEPHONE NUMBER  (760) 355-0135

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*  Katherine Owen

*(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

Name of Person Consenting  IBRAHIMA MBODJI

Signature of Person Consenting

Date  10-4-06

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

**27**

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

10-4-06

RE:  MBODJI, IBRAHIMA
FILE:  A98-807-641

DATE:  Oct 4, 2006

TO:        MBODJI, IBRAHIMA
           C/O ICE, 1115 N. IMPERIAL AVE.
           EL CENTRO, CA  92243

     Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on  **11-1-06**
at  **1:00 P.M.**  at

                    1115 NORTH IMPERIAL AVENUE
                    EL CENTRO, CA  92243

*FOR I-589 FILIN*
*& ANY OTHER*
*APPLICATIONS FOR*
*RELIEF.*

     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.


IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.

LIZ

28

Alien Number:  98-807-641                    Alien Name:  MBODJI, IBRAHIMA

LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(X)  1. You have been scheduled for a removal hearing, at the time and place
        set forth on the attached sheet.  Failure to appear for this hearing
        other than because of exceptional circumstances beyond your control**
        will result in your being found ineligible for certain forms of
        relief under the Immigration and Nationality Act (see Section A.
        below) for a period of ten (10) years after the date of entry of the
        final order of removal.

(  )  2. You have been scheduled for an asylum hearing, at the time and place
        set forth on the attached notice.  Failure to appear for this hearing
        other than because of exceptional circumstances beyond your control**
        will result in your being found ineligible for certain forms of relief
        under the Immigration and Nationality Act (see Section A. Below) for a
        period of ten (10) years from the date of your scheduled hearing.

(  )  3. You have been granted voluntary departure from the United States
        pursuant to section 240B of the Immigration and Nationality Act, and
        remaining in the United States beyond the authorized date will result
        in your being found ineligible for certain forms of relief under the
        Immigration and Nationality Act (see Section A. Below) for ten (10)
        years from the date of the scheduled departure.  Your Voluntary
        departure bond, if any, will also be breached.  Additionally, if you
        fail to voluntarily depart the United States within the time period
        specified, you shall be subject to a civil penalty of not less than
        $1000 and not more than $5000.

        **the term "exceptional circumstances" refers to circumstances such
        as serious illness of the alien or death of an immediate relative
        of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    1)    Voluntary departure as provided for in section 240B of the
          Immigration and Nationality Act;
    2)    Cancellation of removal as provided for in section 240A of the
          Immigration and Nationality Act; and
    3)    Adjustment of status or change of status as provided for in Section
          245, 248 or 249 of the Immigration and Nationality Act.

    This written notice was provided to the alien in English.  Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  Oct 4, 2006
Immigration Judge: _____    or Court Clerk: _____

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [P] ALIEN's ATT/REP  [P] INS
DATE:  10-4-06  BY:  COURT STAFF  G.N.W.
     Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
                                                                        V6

**29**

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA   92251

RE:  MBODJI, IBRAHIMA
FILE:  A98-807-641

DATE:  Nov 1, 2006

TO:        KATHERINE OWEN
           LAW OFFICE OF KATHERINE A. OWEN
           P.O. BOX 266
           IMPERIAL, CA  92251

     Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on     12-6-06
at     10:00 A.M.  at

                    1115 NORTH IMPERIAL AVENUE
                    EL CENTRO, CA  92243
     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court. Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative. If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed. You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act. An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.


IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A List of Free Legal Service Providers has been given to you. For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.
LIZ

30

Alien Number:  98-807-641                   Alien Name:  MBODJI, IBRAHIMA

LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

( X )  1.  You have been scheduled for a removal hearing, at the time and place
           set forth on the attached sheet.  Failure to appear for this hearing
           other than because of exceptional circumstances beyond your control**
           will result in your being found ineligible for certain forms of
           relief under the Immigration and Nationality Act (see Section A.
           below) for a period of ten (10) years after the date of entry of the
           final order of removal.

(   )  2.  You have been scheduled for an asylum hearing, at the time and place
           set forth on the attached notice.  Failure to appear for this hearing
           other than because of exceptional circumstances beyond your control**
           will result in your being found ineligible for certain forms of relief
           under the Immigration and Nationality Act (see Section A. Below) for a
           period of ten (10) years from the date of your scheduled hearing.

(   )  3.  You have been granted voluntary departure from the United States
           pursuant to section 240B of the Immigration and Nationality Act, and
           remaining in the United States beyond the authorized date will result
           in your being found ineligible for certain forms of relief under the
           Immigration and Nationality Act (see Section A. Below) for ten (10)
           years from the date of the scheduled departure.  Your Voluntary
           departure bond, if any, will also be breached.  Additionally, if you
           fail to voluntarily depart the United States within the time period
           specified, you shall be subject to a civil penalty of not less than
           $1000 and not more than $5000.


           **the term "exceptional circumstances" refers to circumstances such
           as serious illness of the alien or death of an immediate relative
           of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    1)   Voluntary departure as provided for in section 240B of the
         Immigration and Nationality Act;
    2)   Cancellation of removal as provided for in section 240A of the
         Immigration and Nationality Act; and                    15 · 0 · 00
    3)   Adjustment of status or change of status as provided for in Section
         245, 248 or 249 of the Immigration and Nationality Act.

   This written notice was provided to the alien in English.  Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  Nov 1, 2006
Immigration Judge: _____    or Court Clerk: _____
────────────────────────────────────────────────────────────────────────
                       CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [P] ALIEN's ATT/REP  [P] INS
DATE:  11-1-06      BY:  COURT STAFF  J.H.W.
    Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
                                                                            V6

*31*

## (a)   CUSTODY REVIEW WORKSHEET

| A98 807 641 | NATIONALITY: Senegal |
|---|---|

**NAME:** MBODJI, Ibrahima

| MARITAL STATUS:<br>Single | CHILDREN:<br>One |
|---|---|
| U.S. ADDRESS: None Given | LENGTH OF RES. IN U.S.: Entered 02/13/01 B-2 |
| INA CHARGE:  237 (a)(1)(B) Overstay | ATTY OF RECORD:<br>Katherine Owen, Attorney of Law |

| EQUITIES | Claims a USC child |
|---|---|
| RELIEF AVAIL | ☐Asylum      ☐Withdrawl of Application ☐Adj. of Status<br><br>☐Cancellation    ☒Other:  _____ |
| ADMIN HIST | Charged with 237 (a)(1)(B) Overstay<br>Next Court Date: December 6, 2006 |
| CRIM HISTORY | Charged with 237 (a)(1)(B) Overstay<br>**Other Countries: Unknown** |
| COMMENTS | Mr. MBODJI was charged with 237 (a)(1)(B) Overstay in the United States.  He was arrested for Inflicting Corporal Injury, and booked into the San Diego County Detention Facility.   The charges were dropped and on July 17, 2006 he was turned over to ICE custody.  He has applied for Asylum since and is awaiting an interview.  He claims he has one USC child.  On September 7, 2006 a bond was granted by IJ for $7,500.  Based on interview and information obtained during an interview, I recommend no bond and disagree with IJ's decision.  He is an over stay and unless the Asylum is granted he has no immigration relief.  I believe Mr. MBODJI is a very high flight risk.  If we are going to give a bond the amount set by the IJ should be granted. |

| CURRENT CUSTODY CONDITIONS:<br><br>No Bond | **Section 1.02**<br>**Section 1.03**     RECOMMENDED CUSTODY CONDITIONS:<br>No Bond |
|---|---|
| <br><br><br>Officer: V. Samuel Flores<br>Date: 11/13/2006 | ☒Concur<br><br>☐Do Not Concur reviewing SDDO recommends:<br><br>SDDO: Ronnie D. Batley Date 11/16/06 |
| RECOMMENDING OFFICER | REVIEWING SDDO |

**FOIA EXEMPT: Officer Work Product (including attachments)**

\* Bond to remain at $7,500⁰⁰ as set by IJ. Weil, J. on 9/7/2006.  Ⓐ D-702

**32**

*...tion and Removal Operations*
**U.S. Department of Homeland Security**
1115 North Imperial Ave
El Centro, CA 92243



**U.S. Immigration
and Customs
Enforcement**

MEMORANDUM FOR:     A File

FROM:     V. Samuel Flores
          Deportation Officer

SUBJECT:     Custody Review

Below are the results of a custody review for the listed detainee(s):

MBODJI, Ibrahima A98 807 641

☑ Bond to be set at                    $7,500⁰⁰
☐ Parole with no bond restrictions
☑ Detainee(s) to surrender a valid un-expired passport or other acceptable government-issued ID
☒ No bond; detainee(s) to remain in custody pending a decision from the immigration court
Ⓘ D-702

Bond to remain at $7,500⁰⁰ as set by IJ.
Weil, J. on 9/7/2006 Ⓘ D-702

Robert G. Rillamas
Officer in Charge
El Centro, California   92243

**33**



*Dete.    and Removal Operations*
**U.S. Department of Homeland Security**
1115 North Imperial Ave
El Centro, CA 92243

**U.S. Immigration
and Customs
Enforcement**

Katherine Owen, Attorney at Law
280 Morongo Drive
Imperial, CA 92251


Re: MBODJI, Ibrahima A98 807 641


Dear:  Ms. Owen,


We have considered your request for your client's release from custody on parole with or without bond restrictions.   Your request is based on the assertion that Mr. MBODJI is neither a flight risk nor, a danger to the community.

On September 7, 2006 Jack H. Weil, Immigration Judge granted your client a bond of $7,500.  There has not been any change in conditions that would warrant lowering the bond.

Based on interview at our facility and information provided, this agency believes Mr. MBODJI could be a flight risk.  It does not appear he is eligible for any immigration relief pending the Asylum application.

Due to these findings, I have made a determination not granting a parole on bond on this case. Your request is hereby denied.


Sincerely,


Robert G. Rillamas
Officer in Charge


*34*

R'S COUNSEL
MAY CALL COURT
TO CON'T IF DATE
NOT AVAILABLE.

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA   92251

RE:  MBOOJI, IBRAHIMA
FILE:  A78-807-641                          DATE:  Jan 3, 2007

TO:         KATHERINE OWEN
            LAW OFFICE OF KATHERINE A. OWEN
            280 MORONGO DRIVE
            IMPERIAL, CA  92251

        Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on  1-29-2007
at  8.00 A.M.  at

R.'S   ENGLISH   INSUFF.                                      CASE  CONTINUED
TO   TESTIFY.           1115 NORTH IMPERIAL AVENUE           FOR   FRENCH
                        EL CENTRO, CA  92243                 INTERPRETER.
        You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
        Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
        1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
        2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.


IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
        A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.
GC9

35

Alien Number:  93-007-641                    Alien Name:  MBODJI, IBRAHIMA

## LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(X) 1. You have been scheduled for a removal hearing, at the time and place set forth on the attached sheet. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A, below) for a period of ten (10) years after the date of entry of the final order of removal.

( ) 2. You have been scheduled for an asylum hearing, at the time and place set forth on the attached notice. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A, Below) for a period of ten (10) years from the date of your scheduled hearing.

( ) 3. You have been granted voluntary departure from the United States pursuant to section 240B of the Immigration and Nationality Act, and remaining in the United States beyond the authorized date will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A, Below) for ten (10) years from the date of the scheduled departure. Your Voluntary departure bond, if any, will also be breached. Additionally, if you fail to voluntarily depart the United States within the time period specified, you shall be subject to a civil penalty of not less than $1000 and not more than $5000.

    **the term "exceptional circumstances" refers to circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    1)  Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
    2)  Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
    3)  Adjustment of status or change of status as provided for in Section 245, 248 or 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English. Oral notice of the contents of this notice must be given to the alien in his/her native language, or in a language he/she understands by the Immigration Judge.
Date:  Jan 3, 2007
Immigration Judge: _____ or Court Clerk: _____

### CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [P] ALIEN's ATT/REP  [P] INS
DATE:  1-3-07      BY:  COURT STAFF  O.N.W.
   Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
                                                                        V.6

**36**

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

RE:  MBODJI, IBRAHIMA
FILE:  A98-807-641

DATE:  Jan 3, 2007

TO:        KATHERINE OWEN
           LAW OFFICE OF KATHERINE A. OWEN
           280 MORONGO DRIVE
           IMPERIAL, CA  92251

Please take notice that the above captioned case has been scheduled for a INDIVIDUAL hearing before the Immigration Court on Jan 30, 2007 at 8:00 A.M. at:

1115 NORTH IMPERIAL AVENUE
EL CENTRO, CA  92243

**Attention: Your hearing has been rescheduled. Disregard any notice you may have received before the above date.**

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court.  Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative.  If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed.  You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:  (1) You may be taken into custody by the Immigration and Naturalization Service and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act.  An order of removal will be entered against you if the Immigration and Naturalization Service established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT IMPERIAL, CA  THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you.  For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662.  *YOU MUST BRING PHOTO IDENTIFICATION TO ENTER THE BUILDING.*

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL (M)        PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [M] ALIEN'S ATT/REP  [ ] INS
DATE: _____1/3/07_____  BY: COURT STAFF _____  V3
   Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
GC9

**37**

IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

In the Matter of                          Case No.: A98-807-641
MBODJI, IBRAHIMA
Respondent                          IN REMOVAL PROCEEDINGS
ORDER OF THE IMMIGRATION JUDGE
This is a summary of the oral decision entered on Jan 30, 2007.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

~~[ ] The respondent was ordered removed from the United States to SENEGAL~~ J.KW
~~or in the alternative to~~
~~[ ] Respondent's application for voluntary departure was denied and~~
~~respondent was ordered removed to~~
~~or in the alternative to~~                              under safeguard
[ ] Respondent's application for voluntary departure was ~~granted~~ until 2-9-07
     ~~upon posting a bond in the amount of $~~_____
     with an alternate order of removal to SENEGAL
Respondent's application for:
[X] Asylum was ( ) granted  (X) denied  ( ) withdrawn
[X] Withholding of removal was ( )granted  (X) denied  ( ) withdrawn
[ ] A Waiver under Section ____ was ( ) granted ( ) denied ( ) withdrawn
[ ] Cancellation under Section 240A(a) was ( )granted ( )denied ( )withdrawn
Respondent's application for:
[ ] Cancellation under Section 240A(b)(1) was ( ) granted ( ) denied
     ( ) withdrawn. If granted it is ordered that the respondent be issued
     all appropriated documents necessary to give effect to this order.
[ ] Cancellation under Section 240A(b)(2) was ( ) granted ( ) denied
     ( ) withdrawn. If granted it is ordered that the respondent be issued
     all appropriated documents necessary to give effect to this order.
[ ] Adjustment of Status under Section ____ was ( ) granted ( ) denied
     ( ) withdrawn. If granted it is ordered that the respondent be issued
     all appropriated documents necessary to give effect to this order.
[X] Respondent's application of ( ) withholding of removal ( ) deferral of
     removal under Article III of the Convention Against Torture was
     ( ) granted (X) denied ( ) withdrawn.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
     notice.
[ ] Respondent was advised of the limitation on discretionary relief for
     failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____
Date: Jan 30, 2007

                                        _Jack H. Weil_
                                        JACK H. WEIL
                                        Immigration Judge

            DHS
Appeal: Waived/Reserved   Appeal Due By:
                          BY
                          3-1-07

LIZ

*38*

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
El Centro, California

File No.: A 98 807 641                          January 30, 2007

In the Matter of                    )
                                    )
MBODJI, IBRAHIMA                    )        IN REMOVAL PROCEEDINGS
                                    )
                Respondent          )

CHARGE:         Section 237(a)(1)(B) of the Immigration and
                Nationality Act, as amended, in that after
                admission as a nonimmigrant under Section
                101(a)(15) of the Immigration and Nationality Act
                you have remained in the United States for a
                longer time than permitted in violation of this
                Act or any other law of the United States.

APPLICATIONS:   Asylum, withholding of removal under the
                Immigration and Nationality Act, withholding of
                removal under the Convention relating to torture,
                deferral of removal, voluntary return.

ON BEHALF OF RESPONDENT:            ON BEHALF OF DHS:

Katherine Owen                      Daniel Melvin
appearing pro bono                  Assistant Deputy Chief Counsel
280 Morongo Drive                   Immigration and Customs
Imperial, California 92251          Enforcement
                                    1115 North Imperial Avenue
                                    El Centro, California 92243


ORAL DECISION AND ORDER OF THE IMMIGRATION JUDGE

On July 19, 2006 the Department of Homeland Security filed a

Notice to Appear against the above named respondent. The filing

of this charging document vested jurisdiction with this Court.

The Notice to Appear has been admitted into evidence as Exhibit

No. 1.

1

*39*

In this proceeding the respondent conceded proper service of the Notice to Appear. Based upon his admissions and the certificate of service, the Court finds that the charging documents has been properly served.

The Department of Homeland Security bears of burden of proving by clear and convincing evidence that the removal charge is true.

The respondent in this case admitted factual allegations 1, 2, 3 and 4 of the Notice to Appear. The respondent represented that neither of his parents are U.S. citizens or nationals of the United States.

The Court finds, based upon the respondent's admissions as well as testimony regarding the lack of Immigration status of his parents in the United States, that the Government has proven by clear and convincing evidence that each factual allegation is true. Based upon these factual findings, the Court concludes that the removal charges have been proven by clear and convincing evidence.

The respondent has failed to designate a country of removal. Senegal is directed by the Court.

The respondent has sought the forms of relief of asylum, withholding of removal, Torture Convention protections in the form of withholding and deferral from removal, and voluntary return. It is respondent's applications for such relief that are currently before this Court.

A 98 807 641                    2              January 30, 2007

The evidence of record consists of the testimony of the respondent which will not be restated as it is contained in the record of this proceeding.

The evidentiary record of this proceeding also consists of documentary Exhibits No. 1, No. 2, No. 3 and No. 4, which had been admitted into evidence without objection.

In making the determination of this Court, the Court has considered every word of the respondent's testimony as well as every word of the documentary Exhibits that he has submitted.

The respondent bears the burden of proving eligibility for relief in lieu of removal. This Court finds that the respondent has failed to meet his burden of proving eligibility for asylum, withholding of removal, and all forms of Torture Convention protection.

The basis of the respondent's claim is that he would be persecuted and tortured upon return to Senegal because he has had sexual relations with non-Muslims and also because he has fathered a child out of wedlock with a non-Muslim and also created a fetus with a non-Muslim that has been aborted by the mother.

The respondent claims that he would be persecuted and tortured upon return to Senegal as a result of this conduct.

In support of the respondent's claim, he offers his testimony and the documentary Exhibits cited above.

The respondent, in support of his claim that he would be

A 98 807 641                    3                 January 30, 2007

41

persecuted and tortured upon return to Senegal, cites from the
Koran which is specifically included in Exhibit No. 4. The
respondent cites a provision which reads "The fornicatres and the
fornicator, flog each of them with a hundred strips. Let not
pity withhold you in their case, in a punishment prescribed by
Allah, if you believe in Allah and the last day. And let a party
of the believers witness their punishment ...".

The Court does recognize that this does seem to state in the
Koran that fornicators should be punished with flogging of a
hundred strips in front of witnesses.

The respondent, however, in his testimony, was unable to
cite one instance of anyone in Senegal who had experienced this
treatment. The respondent did relate the instance of an
acquaintance, whose mother was a friend of the respondent's
grandmother, who had a problem similar to the respondent's and
tried to flee to another state, but was caught. The respondent,
however, does not have any information as to what transpired in
that case and has no information regarding that case to date.
The Court finds that this example is not specific and it has not
been demonstrated, at all, similarly this incident relates to the
respondent or why the person attempted to flee or why the person
was arrested and what, if anything, happened to them. The Court
finds that this sketchy incident is insufficient to meet the
respondent's burden of proof.

The Court has also reviewed the State Department Reports

42

offered by the respondent in support of his claim, and there is not mention of one incident of a fornicator who received any type of adverse treatment.

The Court does not find that the evidence of record including this citation to the Koran is sufficient to meet the respondent's burden of proof. There are many provisions similar to this one in both the New and Old Testament which provide penalties of exile, stoning and death that are not carried out in our own country. While Senegal is not the United States, there has been no evidence offered sufficient to prove by the requisite level of burden of proof that this provision would be carried out today in its literal format in Senegal, either.

The same page of the Koran offered by the respondent also states above "And say, oh, Mohammed, my Lord, forgive and have mercy for You are the best of those who show mercy!" It is therefore not clear based on the evidence of record whether one would have mercy, which also seems to be supported by the Koran, or whether the respondent would suffer the harm, and where it is not clear and where the evidence does not show by a preponderance of the evidence that the respondent would be persecuted, his claim must be denied.

The Court in this case does find the respondent to be credible, but finds that even finding him credible that he has not met his burden of proof, as while he subjectively may fear persecution, there has been no demonstration sufficient for the

A 98 807 641                        5                January 30, 2007

43

Court to find that it is objectively reasonable for him to, as is
required, to establish his claim. The respondent's father is not
talking to him, but there has been no evidence of threats by the
father, although the father does not appear to be willing to
forgive the respondent, and when the respondent has spoke to his
mother, both regarding the birth of the child, she has responded
by telling him to be careful and asking him why he cannot marry
if he is going to procreate.

The record also contains evidence that the respondent does
not have a place to live and has nothing in Senegal. It does
appear from his testimony that his view is that he prefers life
in the United States as he has testified that this is the type of
life he has wanted. He testified that his dream is to make his
mother happy, and that he loves her even though she has not raised
him. This evidence also draws the Court to wonder whether these
are the motives of the respondent's desire not to go home, and
finds that that must be weighed against his testimony and the
evidence that his real reason for staying here is a fear of
persecution or torture.

The Court finds that the citation to one portion of the
Koran is insufficient to meet the respondent's burden of proof
even when considered with the other evidence of record without
some type of showing that it is likely that this punishment will
be carried out. As the respondent has provided no evidence of
threats that he has received in this regard and no evidence of

44

any other individual who has received this type of treatment or any other evidence of someone being treated in this fashion, the Court cannot find he has met his burden of proof.

The Court has carefully read and considered each one of the instances cited by the respondent in Exhibit No. 4 and finds that they are insufficient to meet his burden of proof independently or in connection with all the other evidence. The respondent cites to the fact that there is a problem with mob justice to address crimes, but the Court finds that just the growing problem with mob justice requires the Court to speculate as to how that would impact the respondent or his case, and there is no evidence of any mob justice in a case similar to the respondent's.

The incident stated in a police report was a taxi driver who tried to commit a theft on a young female passenger. The respondent also points to instances and highlights instances relating to politics, and that does not appear to be the situation in his case. The respondent also identifies the fact that female genital mutilation occurs in Senegal, although his claim is not supported by that citation, first because his is not an FGM case, and second because the Country Report states that FGM is a criminal offense under the law, carrying a sentence of six months to five years imprisonment, and the government has prosecuted those caught engaging in that. The Court therefore finds that this does not support the proposition that the government is unable or unwilling to provide protection to

45

individuals who are targeted in cases relating to sex.

The respondent also cites to the family code, which prohibits marriage for girls younger than 17, but that section states that under certain conditions a judge may grant special dispensation to allow the marriage. The respondent does identify the fact that civil court judges can preside over civil and customary law cases, but many disputes were turned over to religious judges for adjudication. There is no indication as to what would occur if this case was to be turned over to religious judges. The respondent has expressed his commitment to his religion and his request for forgiveness for violating principles of the Muslim religion.

This record is unclear as to what adjudication a religious judge would give in this case, especially in light of the Koran provisions contained in the record. It is not clear whether any kind of dispensation, as was granted to the underaged girls, would be presented in the respondent's case. The report also states that certain laws in the family law context, on page 12, were not enforced although they were in law because of sociocultural pressures, judicial reluctance to enforce the law, and a lack of information on marriage laws. It is not clear how, if at all, the provision of the Koran cited by the respondent today would be enforced. And without some example of an individual who has been persecuted for this in the past, or some other evidence showing past or future risk of persecution, the

A 98 807 641                    8                    January 30, 2007

*46*

Court simply cannot find that the respondent has met his burden of proving eligibility for asylum.

As the respondent has failed to meet his burden of proving eligibility for asylum, it logically follows that he has also failed to meet his burden of proving eligibility of the relief of withholding of removal, that carries a higher burden of proof.

While denial of such claims also does not mandate denial of Torture Convention protections, the respondent has failed to prove that there is a clear probability that he would be tortured or that the government would consent or acquiesce or otherwise torture him.

With regard to voluntary return, the respondent has overstayed his visa, significantly. He has few economic resources and few ties to the United States. While the respondent does have a daughter in this country, he lives in California and she lives in Georgia and he has only seen her when he took off work one week to visit her at her 1st birthday. It appears that the mother of the child is not particularly interested in financial support and has told the respondent the child has everything that she needs. The respondent's only remaining tie, other than this daughter who he had seen one week, is a girlfriend, but they are unable to marry as she is currently married to someone else.

Based upon these factors, the Court will grant the respondent the relief of voluntary departure under safeguard on

41

or before February 9, 2007, with an order that the respondent provide appropriate travel documents to the Government prior to his departure and that the respondent remain in custody until his departure. In the event that the respondent does not depart voluntarily as order, the Court would enter an automatic order of removal and deportation, without further action, to Senegal.


*Jack H. Weil*
JACK H. WEIL
Immigration Judge

48

## CERTIFICATE PAGE

I hereby certify that the attached proceeding before JUDGE JACK H. WEIL, in the matter of:

### MBODJI, IBRAHIMA

### A 98 807 641

### El Centro, California

is an accurate, verbatim transcript of the cassette tape as provided by the Executive Office for Immigration Review and that this is the original transcript thereof for the file of the Executive Office for Immigration Review.

*Barbara Culliton*
Barbara Culliton, Transcriber

Free State Reporting, Inc.
1378 Cape St. Claire Road
Annapolis, Maryland  21401
(301) 261-1902

MARCH 22, 2007
(completion date)

By submission of this CERTIFICATE PAGE, the Contractor certifies that a Sony BEC/T-147, 4-channel transcriber or equivalent, as described in Section C, paragraph C.3.3.2 of the contract, was used to transcribe the Record of Proceeding shown in the above paragraph.

49

# Board of Immigration Appeals - Case Appeal

| | | |
|---|---|---|
| **ANumber:** 98-807-641 | **Lead:** 98-807-641 | **Chg. Doc. Date:** 07/17/2006 |

**MBODJI, IBRAHIMA**                                      **Gen:** 1      **SubGen:** 1
**Base City:** IMP   **Hearing Location:** ELC
**Nationality:** SENEGAL

**IJ Decision:** 01/30/2007   **Decision:** Voluntary Departure   **Other Comp:**        **Type:** RMV
**Appeal Filed:** 02/16/2007   **By:** Alien  IJ                                          Case Appeal
**Custody Status:** Detained

---------- **Briefing Schedule** ----------
                                 **Alien**              **INS**
**Served on Parties:**
**Originally Due:**
**Currently Due:**
**Briefs Received:**

**Oral Arg. Requested:**        No                  No

**To/From Appellate Counsel:**

**BIA Decision:**               Pending
**Aministrative Final Order:**  Pending

New A Number

50



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

MBODJI, IBRAHIMA
C/O ICE, 1115 N. IMPERIAL AVE.
EL CENTRO, CA 92243-0000

B10-2

U.S. DHS - Trial Attorney Unit/ELC
1115 N. Imperial Ave.
El Centro, CA 92243

Name: MBODJI, IBRAHIMA                           A98-807-641

Type of Proceeding: Removal                      Date of this notice: 03/28/2007

Type of Appeal: Case Appeal                      Appeal filed by: Alien

Date of Appeal: 02/16/2007

### NOTICE -- BRIEFING SCHEDULE

- o    Enclosed is a copy of the decision of the Immigration Judge.
- o    Enclosed is a copy of the transcript of the testimony of record.
- o    Appealing party is granted until 04/18/2007 to submit a brief to the Board of
       Immigration Appeals. The brief must be **RECEIVED** at the Board on or before this
       date.
- o    Opposing party is granted until 04/18/2007 to submit a reply brief to the Board of
       Immigration Appeals. The brief must be **RECEIVED** at the Board on or before this
       date.

**WARNING:** If you indicated on the Notice of Appeal (Form EOIR-26) that you will file a
brief or statement, you are expected to file a brief or statement in support of your appeal. If you fail
to file the brief or statement within the time set for filing in this briefing schedule, the Board may
summarily dismiss your appeal. See 8 C.F.R. § 1003.1(d)(2)(i)(E).

**FILING INSTRUCTIONS -- In General.**

**IMPORTANT:** The Board of Immigration Appeals has included two copies of this notice.
Please attach one copy of this notice to the front of your brief when you mail or deliver it to
the Board, and keep one for records. Thank you for your cooperation.

A fee is not required for the filing of a brief. Your brief must be RECEIVED at the Clerk's
Office at the Board of Immigration Appeals within the prescribed time limits. It is NOT
sufficient simply to mail the brief and assume your brief will arrive on time. We strongly
urge the use of an overnight courier service to ensure the timely filing

51

98-807-641

Use of an over-night courier service is strongly encouraged to ensure timely filing.

If the alien is represented by counsel at the appeal level, a Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals (Form EOIR-27) must be filed with the Board.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual and Questions and Answers at www.usdoj.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals -- including correspondence, forms, briefs, motions, and other documents.  If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above.  Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them.  Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

Filing Address:

To send by courier or overnight delivery service, or to deliver in person:
　　Board of Immigration Appeals,
　　Clerk's Office,
　　5107 Leesburg Pike, Suite 2000,
　　Falls Church, VA 22041

　　Business hours:  Monday through Friday, 8:00 a.m. to 4:30 p.m.

To mail by regular first class mail:
　　Board of Immigration Appeals
　　Clerk's Office
　　P.O. Box 8530
　　Falls Church, VA  22041

## FILING INSTRUCTIONS -- Extension Request

Unless you receive a Board Notice granting your extension request, your brief will remain due on the date stated above.

Extensions of briefing time will only be granted for good cause.  All extension requests must be in writing.  Telephonic or fax requests will not be accepted.

Extension requests must be RECEIVED at the Board on or before the expiration of the initial briefing schedule.  Requests for extension of briefing time received after expiration of the initial briefing period, will not be granted.

The policy of the Board is that no additional extensions will be granted.

52



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*



*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia  22041*

MBODJI, IBRAHIMA
C/O ICE, 1115 N. IMPERIAL AVE.
EL CENTRO,  CA  92243-0000

U.S. DHS - Trial Attorney Unit/ELC
1115 N. Imperial Ave.
El Centro, CA  92243

Name: MBODJI, IBRAHIMA                    A98-807-641

Type of Proceeding: Removal              Date of this notice: 04/13/2007

Type of Appeal: Case Appeal              Appeal filed by:   Alien

Date of Appeal:  02/16/2007

### NOTICE -- BRIEFING EXTENSION REQUEST GRANTED

Alien's <u>original</u> due date: 04/18/2007           DHS' <u>original</u> due date: 04/18/2007

o   The request by the alien for an additional amount of time to submit a brief, which
    was received on  04/13/2007, is GRANTED.

o   The alien's brief must be **received** at the Board of Immigration Appeals on or before
    05/09/2007.

o   The DHS' brief must be **received** at the Board of Immigration Appeals on or before
    05/09/2007.

## PLEASE NOTE

   **WARNING:**   If you indicated on the Notice of Appeal (Form EOIR-26) that you will file a
brief or statement, you are expected to file a brief or statement in support of your appeal.  If you fail
to file the brief or statement within the time set for filing, the Board may summarily dismiss your
appeal.  *See* 8 C.F.R. § 1003.1(d)(2)(i)(E).

   The Board generally does not grant more than one extension per party or per case, if
detained.  Therefore, if you have received an extension, you should assume that you will not
be granted any further extensions.  Each party's current due date is stated above.

**53**

If you file your brie    e, you must file it along with a motion    consideration of your late-filed brief.  There is no fee for such a motion.  The motion must set forth in detail the reasons that prevented you from filing your brief on time.  You should support the motion with affidavits, declarations, or other evidence.  Only one such motion will be considered by the Board.

## FILING INSTRUCTIONS

**IMPORTANT:  The Board of Immigration Appeals has included two copies of this notice. Please attach one copy of this notice to the front of your brief when you mail or deliver it to the Board, and keep one for records.  Thank you for your cooperation.**

Use of an over-night courier service is strongly encouraged to ensure timely filing.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual and Questions and Answers at www.usdoj.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals -- including correspondence, forms, briefs, motions, and other documents.   If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above.  Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them.  Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

Filing Address:

To send by courier or overnight delivery service, or to deliver in person:
Board of Immigration Appeals,
Clerk's Office,
5107 Leesburg Pike, Suite 2000,
Falls Church, VA 22041

Business hours:  Monday through Friday, 8:00 a.m. to 4:30 p.m.

To mail by regular first class mail:
Board of Immigration Appeals
Clerk's Office
P.O. Box 8530
Falls Church, VA  22041.

54

Board of Immigration Appeals Inquiry System

# Board of Immigration Appeals - Case Appeal

**ANumber:** 98-807-641    **Lead:** 98-807-641    **Chg. Doc. Date:** 07/17/2006

**MBODJI, IBRAHIMA**    **Gen:** 1    **SubGen:** 1
**Base City:** IMP    **Hearing Location:** ELC
**Nationality:** SENEGAL

**LJ Decision:** 01/30/2007    **Decision:** Voluntary Departure    **Other Comp:**    **Type:** RMV
**Appeal Filed:** 02/16/2007    **By:** Alien  IJ    Case Appeal
**Custody Status:** Detained

-------- Briefing Schedule ---------
|  | Alien | INS |
|---|---|---|
| **Served on Parties:** | 03/28/2007 | 03/28/2007 |
| **Originally Due:** | 04/18/2007 | 04/18/2007 |
| **Currently Due:** | 05/09/2007 | 05/09/2007 |
| **Briefs Received:** | 04/30/2007 | 04/17/2007 |

**Oral Arg. Requested:**    Yes    No    **Status:**  Pending

**To/From Appellate Counsel:**

**BIA Decision:**    SUMMARY AFFIRMANCE/VD
**Aministrative Final Order:**    Pending

New A Number

55

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

File:    A98-807-641 - El Centro

Date:    MAY 2 9 2007

In re:   MBODJI, IBRAHIMA

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT: Pro se

ON BEHALF OF DHS: Daniel H. Malvin, Assistant Chief Counsel

ORDER:

PER CURIAM. The Board affirms, without opinion, the results of the decision below. The decision below is, therefore, the final agency determination. *See* 8 C.F.R. § 1003.1(e)(4).

FURTHER ORDER: Pursuant to the Immigration Judge's order and conditioned upon compliance with conditions set forth by the Immigration Judge and the statute, the alien is permitted to voluntarily depart from the United States, without expense to the Government, within 10 days from the date of this order or any extension beyond that time as may be granted by the Department of Homeland Security (DHS). *See* section 240B(b) of the Immigration and Nationality Act; 8 C.F.R. §§ 1240.26(c), (f). In the event the alien fails to so depart, the alien shall be removed as provided in the Immigration Judge's order.

NOTICE: If the alien fails to depart the United States within the time period specified, or any extensions granted by the DHS, the alien shall be subject to a civil penalty of not less than $1,000 and not more than $5,000, and shall be ineligible for a period of 10 years for any further relief under section 240B and sections 240A, 245, 248, and 249 of the Immigration and Nationality Act. *See* section 240B(d) of the Act.

_____
FOR THE BOARD

56

U.S. Department of Homeland Security
El Centro Service Processing Center
1115 North Imperial Avenue
El Centro, California 92243



# U.S. Immigration
# And Customs
# Enforcement

**MBODJI, IBRAHIMA**                              A#98 807 641
C/O: El Centro Service Processing Center
1115 N. Imperial Avenue
El Centro, CA 92243

## Notice to Alien of File Custody Review

You are detained in the custody of the Immigration and Customs Enforcement (ICE) and you are required to cooperate with the ICE in effecting your removal from the United States. If the ICE has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your entering ICE custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in ICE custody, the ICE will review your case for consideration for release on an Order of Supervision.

Your case is being reviewed to determine whether you may be released from custody. You must demonstrate to the satisfaction of the Attorney General that you **will not** pose a danger to the community and **will not** present a flight risk. You may submit a request to review your file to the district liaison officer no less than five working days prior to your review. An attorney or other person may represent you at no expense to the government. Attached is a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

Before making any recommendation or decision to release you, the ICE Director for the San Diego DRO field office must conclude that:

1. Travel documents are not available, or in the opinion of the ICE, immediate removal, while proper, is otherwise not practicable or not in the public interest;
2. Your are presently a non-violent person;
3. You are likely to remain non-violent if released;
4. You are not likely to pose a threat to the community following release;
5. You are not likely to violate the conditions of release; and
6. You do not pose a significant flight risk if released.



Your custody status will be reviewed on or about: <u>SEPTEMBER 22, 2007</u>. The Director for the San Diego DRO field office may consider, but is not limited to considering the following:

1. The nature and number of disciplinary infractions or incident reports received;
2. Criminal conduct and criminal convictions, including parole and probation violations;

**57**

3. Any available psychiatric and psychological reports;

**Notice of File Review Continued:**

4. Evidence of rehabilitation including institutional progress;
5. Favorable factors, including ties to the United States;
6. Prior immigration violations and history;
7. The likelihood that you are a significant flight risk or may abscond to avoid removal;
8. Any other information that is probative of whether you are likely to:
   (i) Adjust to life in a community;
   (ii) Engage in future acts of violence;
   (iii) Engage in future criminal activity;
   (iv) Pose a danger to the safety of yourself or others or property;
   (v) Violate the conditions of your release from immigration custody pending removal.
9. Cooperate in obtaining your travel document.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the officer and address below. Documentation must be in English. The district director will notify you of the decision in your case.

U.S. Department of Homeland Security
**U.S. Immigration and Customs Enforcement**
Attn:  J. Reyna, Deportation Officer
        1115 North Imperial Ave.
        El Centro, Ca.  92243

08-17-07

METHOD OF SERVICE

I certify that this form was provided to the alien by:                    (Hand)                    (Institution Mail)
( ) CC: Attorney of Record or Designated Representative
( ) CC: A-file

_____                                        08/17/2007
Signature of Officer                          Print Name of Officer              Date

(Final 10/18/99)

**30-Day Waiting Period Waived by Detainee:**

_____
Signature                                          Date

58

**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

**Warning for Failure to Depart**

| Name: | Field Office: | File #: |
|---|---|---|
| MBODJI, iBRAHIMA | ECC/SND | A#98 807 641 |

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who--

(A)    willfully fails or refuses to depart from the United States within a period of 90 days* from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

(B)    willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

(C)    connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

(D)    willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action the Immigration and Customs Enforcement may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

*    Section 241(a)(1)(C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to preve the alien's removal subject to an order of removal.

| Date Order Final: | Ordered Removed under Section: |
|---|---|
| JANUARY 30, 2007 | 237(a)(1)(B) |

**Record of Service**
(Check method used)
**Record of Personal Service**

| Served By: (Print Name and Title of Officer) | | Date: |
|---|---|---|
| **D. Martinez** | **Deportation Officer** | **August 17, 2007** |

| Officer's Signature: | Location of Service: |
|---|---|
| | **El Centro Service Processing Center** |

| Served On: (Alien's Signature) | Date: |
|---|---|

**Warning administered in Court**
(Copy of order attached)
**Record of Personal Service (Cont)**

**Certified Mail Service**

Fingerprint of Alien  (Specify finger used)

**Attach certified mail receipts here.**

Form I-229(a)
(Revised 12/04/02)

59

# INSTRUCTION SHEET TO DETAINEE REGARDING REQUIREMENT TO ASSIST IN REMOVAL

The following is a list of things you are required to complete within 30 days of receiving this form, in order comply with your obligation to assist in obtaining a travel document:

*Mandatory requirements will be checked off by the INS officer depending on the facts of each case. Failure to comply or provide sufficient evidence of your inability to comply, may result in the extension of the removal period and subject you to further detention. In addition, you may be subject to criminal prosecution. If you need assistance in complying with any of the requirements, please contact a Deportation Officer.*

Submit passports (current and expired) to the INS. If you have a copy of your passport, you are to submit it.

Apply for a travel document/passport from your embassy or consulate, or directly from your government in your native country, or any other embassy or consulate of your native country in another country.

Comply with all instructions from all embassies or consulates requiring completion of documentation for issuance of a travel document.

Submit to the INS birth certificates, national identification cards, and any other document issued by a foreign government indicating your citizenship, nationality, place of birth, and place of residence prior to entering the United States.

Provide names and addresses of family and friends residing in the United States and request that they contact your embassy or consulate in the United States, in order to facilitate the issuance of a travel document.

Provide names and addresses of family and friends residing in your country of citizenship and request family and friends residing abroad contact your government in reference to issuing a travel document.

You are required to take measures to request reinstatement of your previous nationality, register as required, or take any other action that will ensure the issuance of a travel document and your removal from the United States.

Provide INS with written copies of requests to embassies or consulates requesting issuance of a travel document.

Provide INS with written copies of responses from embassies or consulates regarding your requests.

Solicit permission from another country, which may be able to accept you, to enter that country to effect your removal from the United States.

Other:_____

Alien's Signature _____    A Number A#98 807 641

Served by _____ on ___08/17/2007___ at ___El Centro, Ca.___
Officer's Name                          Date                Location

**To be served with I-229 (a) no later than 30 days after the final order**

(Rev. 10/24/02)

60

A #98 807 641

**Does the detainee have a place to live in the United States?**    YES ☑    NO ☐

ADDRESS: 1180 CIVIC center Dr APT# B22 oceanside CA 92054
PHONE #: 760- 722-2897.
IN CARE OF:

**Is the detainee subject to any parole or probation requirements?**    YES ☐    NO ☑

DATE:

**Does the detainee have close family ties within the United States?**    YES ☑    NO ☐

NAME: CARenna Parker (wife) and Aida (my daughter)
ADDRESS: 945 Mathews st sw APT# 1 Atlanta GA 30310
PHONE #: (404) - 758-2660.

**Does the detainee have any community ties or non-governmental sponsors?**    YES ☐    NO ☑

NAME:
ADDRESS:
PHONE #:

**Does the detainee have any employment history?**    YES ☑    NO ☐

Katherine (my manager)(bakery) 760 529 7829
CHERIF (is a bisness owner) 760 529 6301

**What is the detainee's educational level?**

2 years in college (in senegal)

**Does the detainee have any vocational training?**

**CERTIFICATES OR LETTERS:**

61

| DATE PREPARED | **INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT** | FILE A |
|---|---|---|

| 1. NAME *Ibrahim* *MBODJI* | 2. SEX Male |
|---|---|

3. OTHER NAMES USED OR KNOWN BY

4. CITIZENSHIP *SENEGALAISE*

| 5. DATE OF BIRTH *12-26-82* | 6. PLACE OF BIRTH *SENEGAL* |
|---|---|

| 7. HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | MARKS OR SCARS |
|---|---|---|---|---|---|

| 8. NEAREST LARGE CITY TO PLACE OF BIRTH | 9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY |
|---|---|

10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.

| 11. NAMES; LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS *FADIOU DIOP DAKAR 3em (12 years)* | 12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED. *2000* |
|---|---|

13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP *(Show dates of residence)* *DAKAR*

14. ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE *(Show dates of residence, and Immigration status there)*

| 15. PLACE OF ENTRY INTO UNITED STATES | DATE OF ENTRY INTO UNITED STATES |
|---|---|

16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.

17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY? ☐ YES ☒ NO. DESCRIBE DOCUMENT (S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE: ☐ YES ☐ NO. STATE HOW, WHEN, AND WHERE IT WAS OBTAINED: WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.

| 18. FATHER'S NAME *ALIOUNE MBODJI* | DATE OF BIRTH | PLACE OF BIRTH *SENEGAL* |
|---|---|---|

PRESENT ADDRESS

| 19. MOTHER'S MAIDEN NAME *MARIAM NDONG* | DATE OF BIRTH | PLACE OF BIRTH *SENEGAL* |
|---|---|---|

PRESENT ADDRESS

20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD

*Biram SARR ; DIOR DIA ; THIANE DIA*

21. PREVIOUSLY ☐ EXCLUDED ☐ DEPORTED ☐ REQUIRED TO DEPART FROM THE UNITED STATES

ON _____ (Date) VIA _____ (Port) TO _____ (Country)

22. INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT OR CITIZEN: ☐ YES ☐ NO, IF SO, GIVE DATES AND PLACES

23. NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE *CARENNA PARKER USC*

24. NAMES, AGES AND ADDRESSES OF ALL CHILDREN *AÏDA PARKER USC*

25. IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL N/A

Form I-217 (Rev. 3-30-77)Y    UNITED STATES DEPARTMENT OF JUSTICE Immigration and Naturalization Service

**62**

Office of Detention and Removal Operations
San Diego Field Office

U.S. Department of Homeland Security
880 Front Street
San Diego, CA 92101



**U.S. Immigration
and Customs
Enforcement**

MBODJI, Ibrahima
C/O El Centro Service Processing Facility
1115 N. Imperial Avenue
El Centro, CA 92243

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

You have been arrested for a domestic dispute with the mother of your child. The charges were later dropped and you were turned over to ICE, due to your illegal status in this country. You entered the country as a visitor and failed to comply with the regulations set forth with your Visa. It is evident by your actions and lack of responsibility that you never had any intentions of returning to your native country. You have not been a provider for your child much less a father. Based on the aforementioned, you are deemed an extreme flight risk pursuant to 8CFR 241.4.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

Robert Culley, Deputy Field Office Director, San Diego, CA

9/11/7
Date

**63**

**Decision of Post Order Custody Review – Detain**
A98-807-641 MBODJI, Ibrahima
Page 2

---

### PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I _Jesus R. Reyna_, _D.O._,
            Name of ICE Officer              Title

certify that I served _MBODJI, Ibrahima_ with a copy of
                              Name of detainee

this document at _ECC/SPC_ on _9/14/07_, at _0850hrs_.
                 Institution                Date         Time

(b)    I certify that I served the custodian _____,
                                     Name of Official

_____, at _____, on
       Title                        Institution

_____ with a copy of this document.
      Date

### OR

**(2)    Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
         Name of ICE Officer                Title

that I served _____and the custodian _____,
            Name of detainee                Name of Official

with a copy of this document by certified mail at _____ on _____.
                                         Institution         Date

( )  cc:  Attorney of Record or Designated Representative
( )  cc:  A-File

**64**

## ICE Staff Routing Sheet

| TO:<br>Robin F. Baker, FOD | THRU:<br>Official Channels | SUSPENSE DATE: |
|---|---|---|

**SUBJECT:**
**Post Order Custody Review**

**EXECUTIVE SUMMARY:**

1. **Purpose.** Post Order Custody Review

2. **Discussion.**

**Recommendation. Detain RE: MBODJI, Ibrahima (A98-807-641), Senegal**

| CONCURRENCES | | | | |
|---|---|---|---|---|
| NAME | OFFICE | SIGNATURE | DATE | COMMENTS |
| E. Parra, (A) SDDO,<br>ECC/SPC | ECC | *[signature]* | 9/5/07 | *Concur* |
| Luz T. Amarillas,<br>(A) AOIC (ECC/SPC) | ECC | *[signature]* | 9/6/07 | *Concur* |
| Miguel Munoz,<br>(A) AFOD (ECC/SPC) | ECC | *[signature]* | 09/06/2007 | |
| Robert Culley,<br>DFOD, San Diego, CA. | SND | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| ACTION OFFICER/OFFICE/EXTENSION: J. Reyna | DATE: 09/05/2007 |
|---|---|

65

# POST ORDER CUSTODY REVIEW WORKSHEET

**Detainee Name:**    **MBODJI, Ibrahima**

**AKA(s):**

**Date of Birth:**    December 26, 1982    **A Number:**    98-807-641

**Place of Birth:**    Dakar    **Nationality:**    Senegal

**Date of Last Arrival:** 02/13/2001    **Place of Arrival:**    New York City, NY.

**Status at Last Entry:** Non-Immigrant    **Date into ICE Custody:**  July 18, 2006

**Entered ICE Custody from:**    ☒  **Local, State, or Federal Institution**
**Institution Name/Location: San Diego, CA. District Office**
**BOP/ Institution Numbers:**
☐  **Other:**

**Deportation Case Officer:**   D. Martinez    **Review Date:** September 04, 2007
     **Contact Phone #:**    (760) 336-4621

**DCO:  ECC**
**Detained Location:**  El Centro Service Processing Facility, 1115 Imperial Ave, El Centro, CA

## Deportation/Exclusion/Removal Proceedings

**List all Charges:**    ☒    Section 237 (a) (1)(B)
    ☐    Section 212 (a)
    ☐    Section 241 (a)

☒ Under <u>Final Order</u> dated: May 29, 2007, By ☒ IJ    ☐ BIA:    ☐ Other:

☒ Appeal Waived/Appeal Time Elapsed

Habeas filed:  ☒ No    ☐ Yes

Stay Issued in Case:  ☐ No   ☒ Yes

## Legal Representative / Attorney

**G-28 Filed:**    ☐ Yes   ☒ No

**Notification of Review Made:**  ☐ No    ☒ Yes  **By:**  D. Martinez (D.O.)

**Name of Representative / Attorney:**
**Mailing Address:**       **Telephone Number:**

**Present during interview:**    ☐ Yes☐ No

*66*

**Immigration History:** (Prior ICE arrest[s]/parole/bond/custody information/adjustment/benefits granted (TPS, DED, withholding, etc.))

On February 13, 2001, Mr. Mbodji was admitted into the United States through New York as a Non-Immigrant. On July 17, 2006, he was brought into ICE custody at San Diego, CA. and served with a Notice to Appear charging him under Section 237(a)(1)(B) of the INA. On January 30, 2007, an Immigration Judge granted Mr. Mbodji voluntary departure. Mr. Mbodji reserved his right to appeal the decision. On February 16, 2007, he filed his appeal before the Board of Immigration Appeals. On May 29, 2007, the BIA dismissed the appeal and affirmed the Judge's decision of allowing Mr. Mbodji to return voluntarily to his country. Mr. Mbodji filed a petition for review before the US Court of Appeals for the Ninth Circuit. Case number 07-72503 is currently pending with a Stay of Removal. On August 17, 2007, form I-229 (a) and Instruction Sheet were served on Mr. Mbodji.

**NCIC Checks:**          ☒ Criminal History          ☐ No record Found
                              (State and Federal)

**Criminal History:** (list convictions, sentence, date, court, and include a summary of other NCIC arrests, failures to appear, etc.)

On July 12, 2006, Mr. Mbodji was arrested in San Diego, CA. for inflicting corporal injury on spouse/cohabitant. The charge was later dropped due to lack of corpus.

There are no other arrests to note.

(DO NOT FORWARD A COPY OF THE NCIC PRINTOUT TO HQCDU)

**67**

## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**     ☐ Yes     ☒ No

    If Yes, List & Describe:

    Source:

**Disciplinary reports and incidents while in ICE Custody?**     ☐ Yes     ☒ No

    If Yes, List & Describe:

    Source:

## Specifics of Review

**Date of File Review**: September 04, 2007

**Date of Detainee Interview**: (optional)

**Location of Interview**:

**Reviewing/Interviewing Officer:** #1: Jesus Reyna (Deportation Officer)

                 #2:

**Interpreter Used:** (If subject was interviewed)     ☐ Yes     ☒ No
**Name:**
**Language/Dialect:**

**Discussion at interview/review:**

> The review conducted on today's date is a file review pursuant to the permanent custody review procedures published in the Federal Register on December 21, 2000. Therefore, a personal interview was not conducted.



**Travel Document Status/History:**

| List aliens attempts to get travel documents and status (to include any actions alien has taken to *prevent* removal, and date of service of I-229(a) and Instruction Sheet to Detainee): |
|---|
| Mr. Mbodji is pending a case before the Ninth Circuit Court of Appeals.  A request for a travel document was sent out to the Consulate on August 17, 2007.<br><br>On August 17, 2007, form I-229 (a) and Instruction Sheet were served on Mr. Mbodji. |

| List ICE's attempts to obtain a travel document and status: |
|---|
| Mr. Mbodji is pending a case before the Ninth Circuit Court of Appeals.  A request for a travel document was sent out to the Consulate.  We have not received a response in regards to the request. |

69

**Does the detainee have a place to live in the United States?**  ☒ Yes  ☐ No
1180 Civic Center Drive Apt. B-22
Oceanside, CA. 92054  Tel: (760)722-2897

**Is the detainee subject to any parole or probation requirements?**  ☒ Yes  ☐ No
Mr. Mbodji is not subject to any parole requirements.

**Does the detainee have close family ties within the United States?**  ☒ Yes  ☐ No
Mr. Mbodji has one US citizen daughter who resides with her mother in
Atlanta, GA.  945 Mathews St. SW Apt. #1  Tel: (404) 758-2660.

**Does the detainee have community ties or non-governmental sponsors?**  ☐ Yes  ☒ No
Mr. Mbodji has not submitted any documentation.

**Does the detainee have any employment prospects?**  ☒ Yes  ☐ No
Mr. Mbodji claims to have a job offer from a Bakery in Oceanside, CA.
The telephone number is ( 760) 529-6301.

**What is the detainee's employment history?**
Mr. Mbodji claims to have worked at a Bakery in Oceanside, CA. The manager of the Bakery is
Katherine who can be reached at (760) 529-7829.

**What is the detainee's educational level?**
Mr. Mbodji has completed two years of college in his native country of Senegal.

**Does the detainee have any vocational training?**  ☒ Yes  ☐ No
Mr. Mbodji has not submitted any documentation.

**Has the detainee submitted any evidence of rehabilitation, courses while in prison, etc?**
Mr. Mbodji has not been in prison.

## Medical/Psychological Concerns

**Does the detainee have any medical or psychological issues:**  ☐ Yes  ☒ No

**Description (to include Date and Source):**

70

**Other documentary evidence for consideration in this review (include any documentation submitted by detainee):**

Mr. Mbodji has not provided additional information.

## Special Circumstances Concerns

**Does the detainee appear to meet any of the criteria of 8 CFR 241.14 for continued detention?**

☒ **No**    ☐ **Yes (indicate below):**

☐ Aliens with a Highly Contagious Disease that is a Threat to Public Safety [8 CFR § 241.14(b)].

☐ Aliens Detained on Account of Serious Adverse Foreign Policy Consequences of Release [8 CFR § 241.14(c)].

☐ Aliens Detained on Account of Security or Terrorism Concerns [8 CFR § 241.14(d)].

☐ Detention of Aliens Determined to be Specially Dangerous [8 CFR § 241.14(f)]. Aliens who pose a threat to the public because they have committed a crime of violence, have a mental disorder and behavior associated with the disorder, and are likely to be violent in the future.

**All cases that may possibly meet any of these provisions must be coordinated with HQCDU per existing guidance.**

71

## Officer Comments/Analysis & Recommendation

On February 13, 2001, Mr. Mbodji was admitted into the United States through New York as a Non-Immigrant. On July 17, 2006, he was brought into ICE custody at San Diego, CA. and served with a Notice to Appear charging him under Section 237(a)(1)(B) of the INA. On January 30, 2007, an Immigration Judge granted Mr. Mbodji voluntary departure. Mr. Mbodji reserved his right to appeal the decision. On February 16, 2007, he filed his appeal before the Board of Immigration Appeals. On May 29, 2007, the BIA dismissed the appeal and affirmed the Judge's decision of allowing Mr. Mbodji to return voluntarily to his country. Mr. Mbodji filed a petition for review before the US Court of Appeals for the Ninth Circuit. Case number 07-72503 is currently pending with a Stay of Removal.

Mr. Mbodji has indicated that he has a US citizen child who resides with her mother in Atlanta, GA. Mr. Mbodji never legally married the mother of his child. He does not have any other close ties in the United States.

Mr. Mbodji has been arrested for a domestic dispute with the mother of his child. The charges were later dropped and he was turned over to ICE due to his illegal status in this country. Mr. Mbodji entered the country as a visitor and failed to comply with the regulations set forth with his Visa. It is evident by his actions and lack of responsibility that Mr. Mbodji never had any intentions of returning to his native country. Mr. Mbodji has not been a provider for his child much less a father. Based on the aforementioned, Mr. Mbodji is deemed an extreme flight risk pursuant to 8CFR 241.4. Therefore, it is in the best interest of the Agency to have Mr. Mbodji on continued detention until his departure to Senegal can take effect.

| | |
|---|---|
| Jesus Reyna<br>Deportation Officer | Date: 9/04/07<br>Signature: |
| E. Parra, (A) Supervisory Detention &<br>Deportation Officer for ECC/SPC | Date: 9/5-07<br>Signature: |
| Luz Tanori Amarillas, (A) AOIC<br>for ECC/SPC | Date: 09/__/2007<br>Signature: |
| Miguel M. Munoz, (A) AFOD<br>for ECC/SPC | Date:<br>Signature: |

*72*

# DECIDING OFFICIAL'S CUSTODY DETERMINATION

☐     RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☑     CONTINUE IN CUSTODY - RETAIN CUSTODY JURISDICTION

☐     CONTINUE IN CUSTODY - REFER TO HQCDU

Comments:

ICE Field Office: SND

_____        _____

Robert Culley, Deputy Field Office Director, San Diego, CA        Date

*73*

Court Home    Case Search    Orders/Judgments    Billing History    XML    TXT    Logout    Help

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 07-72503 | **Docketed:** 06/21/2007 |

Mbodji, et al v. Mukasey
**Appeal From:** Board of Immigration Appeals

**Case Type Information:**
   **1)** agency
   **2)** review
   **3)** San Diego Southern California

**Originating Court Information:**
   **District:** BIA-1 : A98-807-641
   **Date Filed:** 06/21/2007

**Prior Cases:**
   None

**Current Cases:**
   None

---

| | |
|---|---|
| IBRAHIMA MBODJI (-: A98-807-641)<br><br>              Petitioner | Ibrahima Mbodji<br>[COR LD NTC Pro Se]<br>EL CENTRO SERVICE<br>PROCESSING CENTER<br>1115 N. Imperial Ave.<br>El Centro, CA 92243-0000 |
| v. | |
| MICHAEL B. MUKASEY, Attorney General<br><br>              Respondent | Julie M. Iversen, Esq.<br>Direct: 202-616-9857<br>Fax: 202-616-9366<br>[COR LD NTC Government] |

*74*

DOJ - U.S. DEPARTMENT OF
JUSTICE
Civil Div./Office of Immigration Lit.
P.O. Box 878, Benjamin Franklin
Station
Washington, DC 20044-0000

CAS-District Counsel, Esq.
[COR NTC Government]
OFFICE OF THE DISTRICT
COUNSEL
Department of Homeland Security
Suite 1234
880 Front Street
San Diego, CA 92101-8897

Kiley L. Kane, Esq., Attorney
Direct: 202-307-0108
Fax: 202/307-8698
[NTC Government]
DOJ - U.S. DEPARTMENT OF
JUSTICE
Civil Div./Office of Immigration Lit.
P.O. Box 878, Benjamin Franklin
Station
Washington, DC 20044-0000

Ronald E. LeFevre
Direct: 415-705-4604
[COR NTC Government]
OFFICE OF THE DISTRICT
COUNSEL
Department of Homeland Security
P.O. Box 26449
San Francisco, CA 94126-6449

IBRAHIMA MBODJI,

*75*

Petitioner

v.

MICHAEL B. MUKASEY, Attorney General,

Respondent

| | | |
|---|---|---|
| 06/22/2007 | 1 | FILED INS Petition for REVIEW and Motion for Stay. Docketed Cause and Entered Appearance of Counsel. Pursuant to G.O. 6.4(c)(1)(3) A TEMPORARY STAY OF REMOVAL IS IN EFFECT pending further order. The schedule is set as follows: Pursuant to G.O. 6.4(c)(1)(3), the schedule is set as follows: Cert. Admin. Record due 8/17/07 Response to motion for stay due 9/14/07 for Alberto R. Gonzales. (PROSE/MOATT) [07-72503] |
| 06/22/2007 | 2 | Filed Petitioner Ibrahima Mbodji's motion to stay deportation (see schedule above) [07-72503] served on 6/10/07 (MOATT) [07-72503] |
| 06/22/2007 | 3 | Filed Petitioner Ibrahima Mbodji's motion to proceed in forma pauperis.(MOATT) [07-72503] served on 6/10/07 [6212470] [07-72503] |
| 06/22/2007 | 4 | Detained: Yes [07-72503] |
| 07/09/2007 | 5 | Filed Petitioner Ibrahima Mbodji's motion for appointment of counsel. Served on 6/28/07. (MOATT) [07-72503] [6229957] [07-72503] |
| 09/07/2007 | 6 | Electronic Certified Administrative Record Filed. CD-ROMS: 1 [07-72503] |
| 09/12/2007 | 10 | Copy of letter received from Alberto R. Gonzales dated 9/5/07 addressed to: Mr. Mbodji re: a copy of the CAR will be filed in the Ninth Circuit Court of Appeals via CD-Rom. [07-72503] |
| 09/14/2007 | 7 | Filed notice of appearance of csl Julie M. Iversen as atty |

*76*

|            |    | of record for Respondent Gonzales. [07-72503] |
|------------|----|-----------------------------------------------|
| 09/14/2007 | 8  | Filed Respondent's opposition to petitioner's request for a stay of removal. Served 9/13/07. (MOATT) [07-72503] |
| 10/01/2007 | 12 | Filed Petitioner objection to respondent's motion opposition to petitioner's motion for stay of removal. Served on 9/25/07. (MOATT) [07-72503] |
| 10/05/2007 | 15 | Filed order ( Betty B. FLETCHER, Marsha S. BERZON, ): The motion to proceed in forma pauperis granted. The Clerk shall amend the docket to reflect this status. Petitioner's motion for appointment of counsel is denied because this petition for review does not present "exceptional circumstances" warranting the appointment of counsel. (CITE). No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained. The motion for a stay of removal is granted. (CITE). The certified administrative record has been filed. The opening brief is due 1/7/08; the answering brief is due 3/7/08; and the optional reply brief is due within 14 days after service of the answering brief. [07-72503] |
| 12/31/2007 | 16 | Filed orig. & 7 copies Petitioner Ibrahima Mbodji's opening brief ( Informal: Yes) of 28 pgs ; served on 12/15/07 [07-72503] |
| 03/11/2008 | 17 | Filed original and 15 copies Respondent Michael B. Mukasey brief of 21 pages. Served on 03/07/2008. |
| 03/26/2008 | 18 | Filed original and 7 copies of Petitioner Ibrahima Mbodji (Informal: No) reply brief of 33 pages. Served on 03/20/2008. |

| PACER Service Center |          |             |   |
|----------------------|----------|-------------|---|
| **Transaction Receipt** | | | |
| 05/20/2008 15:42:04 | | | |
| PACER Login: | ux3449 | Client Code: | |

*77*

| Description: | Docket Report (filtered) | Search Criteria: | 07-72503 |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.08 |

*78*