```
KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119
Facsimile:  (619) 557-5004

Attorneys for Respondents
```

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIMA MBODJI,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>MICHAEL CHERTOFF, Secretary of<br>Homeland Security, et al.,<br><br>　　　　　Respondents. | Case No. 08CV0517 JLS (NLS)<br><br>NOTICE OF "APPEARANCE"<br><br><br><br><br>CTRM:　　6<br>JUDGE:　Janis L. Sammartino |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　　I, the undersigned attorney, enter my appearance as lead counsel for Respondents in the above-captioned case. I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address:

　　　**Samuel W. Bettwy**　　Tel: 619-557-7119　　Email: samuel.bettwy@usdoj.gov

　　　Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

　　　None

This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and does not constitute a waiver of any defense or objection, including but not limited to personal jurisdiction, sufficient process, sufficient process of service and proper venue.

Please feel free to contact me should you have any questions regarding this notice.

DATED: May 23, 2008                    Respectfully submitted,

                                       KAREN P. HEWITT
                                       United States Attorney

                                       s/ *Samuel W. Bettwy*
                                       _____
                                       SAMUEL W. BETTWY
                                       Assistant United States Attorney
                                       Attorneys for Respondents
                                       Email: samuel.bettwy@usdoj.gov